IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
DEC 1 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:05cr290-T |
| | ) | [18 USC § 922(g)(1)] |
| EDDIE ANDREW GORDON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 22nd day of November 2004, in Montgomery County, within the Middle District of Alabama,

EDDIE ANDREW GORDON,

defendant herein, having been convicted in the Circuit Court of Barbour County, Alabama, on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama,

| CONVICTION DATE | CASE NUMBER | OFFENSE |
|---|---|---|
| September 23, 1985 | CC-85-115 | Sodomy First Degree |
| September 18, 1987 | CC-87-101 | Unlawful Breaking and Entering a Vehicle |
| September 25, 1989 | CC-88-22 | Robbery Third Degree |

did knowingly possess a firearm in and affecting commerce, that is, an F.I.E., .22 caliber semi-automatic pistol, Model E-22, serial number AB088458, all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*Jaynne D Aubert*
Foreperson

*Leura G. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney