| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:47 - 10:53 | |

√ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA
❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr290-MHT-VPM    **DEFENDANT NAME:** Eddie Andrew Gordon
**AUSA:** Tommie Hardwick    **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
**Interpreter present?** ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ Not Guilty
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):    ❏ dismissed on oral motion of USA
         ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM:   **3/27/06**\*\*    ❏ WAIVER OF SPEEDY TRIAL filed.
   **DISCOVERY DISCLOSURE DATE:   2/8/06**
❏ **ORDER:** Defendant continued under ❏ same bond;  ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal.
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
      ❏ Defendant requests time to secure new counsel
**\*\*Defendant refused to execute Speedy Trial Waiver**