IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     v.                                    ) | CRIMINAL ACTION NO. |
| ) | 2:05cr290-MHT |
| **EDDIE ANDREW GORDON**       ) | |

### ORDER

It is ORDERED that this criminal case is set for an on-the-record scheduling conference on February 21, 2006, at 9:00 a.m.  Counsel for the government is to arrange for the conference to be conducted by telephone.

DONE, this the 15th day of February, 2006.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**