IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr290-T |
| | ) | |
| **EDDIE ANDREW GORDON** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, Eddie Andrew Gordon, in the above-styled case.

Dated this 15th day of February 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:05cr290-T |
| ) | |
| **EDDIE ANDREW GORDON** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                    Respectfully submitted,

                                    s/ Kevin L. Butler
                                    KEVIN L. BUTLER
                                    First Assistant Federal Defender
                                    201 Monroe Street, Suite 407
                                    Montgomery, Alabama 36104
                                    Phone: (334) 834-2099
                                    Fax: (334) 834-0353
                                    E-mail: kevin_butler@fd.org
                                    AZ Bar Code: 014138