IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr290-T |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

**MOTION TO CONTINUE CONFERENCE CALL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. A conference call on the above referenced case is scheduled for 9:00 on February 21, 2006.

2. The undersigned Assistant United States Attorney will begin trial in United States v. Brenda McCall/Martha Davis, Cr. No. 1:05cr153-C, at 9:00 a.m. on February 21, 2006. Trial is expected to last approximately 1-2 days.

Based on the above, the United States respectfully requests that the conference call be continued until a time after the trial of Brenda McCall/Martha Davis is completed.

Respectfully submitted this the 17th day of February, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr290-T |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov