IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr290-MHT |
| EDDIE ANDREW GORDON | ) | |

### ORDER

It is ORDERED as follows:

(1) The government's motion to continue (Doc. No. 12) is granted.

(2) The on-the-record scheduling conference, now set for February 21, 2006, is reset for February 27, 2006, at 8:30 a.m. Counsel for the government is to arrange for the conference to be conducted by telephone.

DONE, this the 17th day of February, 2006.

                                         /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE