| COURTROOM DEPUTY'S MINUTES | DATE: 2/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:03 - 9:08 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr290-MHT    **DEFENDANT(S):** Eddie Andrew Gordon

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * * * * * | Kevin Butler |

☐ **DISCOVERY STATUS:** Complete

☐ **PENDING MOTION STATUS:** 
2/24/06 ORAL MOTION TO File Pretrial Motion Out of Time
2/24/06 ORAL ORDER Granting Motion; Pretrial Motion due by 3/1/06

☐ **PLEA STATUS:**
Possible Trial

☐ **TRIAL STATUS**
Day and a half for trial
Court will issue an Order to Continue Trial to 4/24/06
NO MOTION NEEDED

☐ **REMARKS:**
Received Waiver of Speedy Trial
Defendant Gives explanation for Continuance of Trial