IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

UNITED STATES OF AMERICA   )
                           )
v                          )
                           )   CR. NO. 2:05cr290-MHT
EDDIE ANDREW GORDON        )
                           )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __EDDIE ANDREW GORDON__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL. AND REQUEST TRIAL ON THE APRIL, 2006 TRIAL TERM

__2/27/06__
DATE

__[signature]__
DEFENDANT

__[signature]__
ATTORNEY FOR DEFENDANT