# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   FEBRUARY 27, 2006          AT        8:32        A.M./P.M.

DATE COMPLETED   FEBRUARY 27, 2006          AT        8:36        A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 2:05cr292-MHT |
| ) | |
| EDDIE ANDREW GORDON ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Atty Kevin Butler |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SCHEDULING CONFERENCE

| | |
|---|---|
| 8:32 a.m. | Telephone scheduling conference commenced re current trial setting (March 27, 2006, criminal term).  Atty Butler advises the court that, after discussing the matter with his client, he is almost sure that the defendant will consent to an April trial term.  If that is the case, the defendant will execute a waiver of speedy trial and Attorney Butler will orally move for a continuance during the scheduled pretrial conference before Magistrate Judge McPherson. Judge Thompson will talk with Judge McPherson about resetting the case for the April term. |
| 8:36 a.m. | Conference concluded. |