IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr290-MHT |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

**<u>ORDER ON MOTION</u>**

On 24 February 2006, the Defendant filed a Motion to be Present at the Pretrial Conference (Doc. #14). The Pretrial Conference was held 27 February 2006 and the Defendant was present for the hearing. Therefore, for good cause, it is

ORDERED that the Motion for Defendant to be Present at Pretrial Hearing filed 24 February 2006 (Document #14), is DENIED as MOOT.

DONE this 27th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE