IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR290-MHT |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

**ORDER**

For good cause, it is hereby

ORDERED that, pursuant to his oral motion at the pretrial conference conducted on 27 February 2006 (Doc. # 15), the defendant's time for filing pretrial motions is extended to and including 1 March 2006.

DONE this 28th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE