| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 4/3/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:49 - 9:50 |

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr290-MHT    **DEFENDANT(S):** Eddie Andrew Gordon

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Kevin Butler |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**    Complete

❒ **PENDING MOTION STATUS:**    None

❒ **PLEA STATUS:**

Possible Trial

❒ **TRIAL STATUS**    Day and a half for trial
4/24/06 Trial Term

❒ **REMARKS:**