IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr290-MHT |
| **EDDIE ANDREW GORDON** | ) | |

<u>ORDER</u>

It is ORDERED that the motion to withdraw and for substitution of counsel (Doc. No. 24) is set for a hearing on April 18, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.  Both Mr. Kevin Butler and Mr. Banks Smith are DIRECTED to be present, along with defendant Eddie Andrew Gordon.

DONE, this the 14th day of April, 2006.

                                            <u>/s/ Myron H. Thompson</u>
                                          **UNITED STATES DISTRICT JUDGE**