IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | )   CR. NO.   2:05CR290-MHT |
| EDDIE ANDREW GORDON | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Eddie Andrew Gordon**, the defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

4/18/06
DATE

_Eddie Gordon_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT