IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr290-MHT |
| **EDDIE ANDREW GORDON** | ) | |

### ORDER

Based on representations made by defendant Eddie Andrew Gordon in open court today, April 18, 2006, that he now desires to keep Mr. Kevin Butler as his attorney, it is ORDERED that the motion to withdraw and for substitution of counsel (Doc. No. 24) is denied.

DONE, this the 18th day of April, 2006.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE