**COURTROOM DEPUTY'S MINUTES**          **DATE:** 5/15/06

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording: 9:13 - 9:21**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson    DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER:   2:05cr290-MHT          DEFENDANT(S): Eddie Andrew Gordon**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Kevin Butler |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**          **Complete**

_____

_____

❒ **PENDING MOTION STATUS:**          **None**

_____

_____

❒ **PLEA STATUS:**

                                   **Possible Trial**

_____

_____

❒ **TRIAL STATUS**          **8/7/06 Trial Term**

_____

❒ **REMARKS:**     **Federal Defender Kevin Butler will possibly motion to withdraw**

          **Status Conference on Motion to Withdraw set for 5/16/06 at 2:30**

_____

_____