IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cr290-MHT |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## ORDER

For good cause, it is

ORDERED that the parties shall appear for a status conference on 16 May 2006 at 2:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge. The United States Marshal shall produce the defendant for the status conference.

DONE this 15th   day of May 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE