## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

**HON. VANZETTA P MCPHERSON, JUDGE**  AT  MONTGOMERY, ALABAMA

**DATE COMMENCED:** 5/16/06  AT

**DATE COMPLETED:** 5/16/06  AT  Digital Recorded : 2:41 - 3:02

USA

    Plaintiff

VS.  CASE NO. 2:05cr290-MHT

EDDIE ANDREW GORDON
    Defendant

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | | Kevin L. Butler |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY:** WANDA ROBINSON     **COURT REPORTER:**

( X ) OTHER PROCEEDINGS:  ***STATUS CONFERENCE***

| Description | 2:05cr290-MHT: USA vs. Eddie Andrew Gordon: STATUS CONFERENCE | |
|---|---|---|
| **Date** | 5/16/2006 | **Location** |
| **Time** | **Speaker** | **Note** |
| 2:41:34 PM | Court | Convenes; Discharges AUSA Tommie Brown Hardwick |
| 2:42:56 PM | | Proceeding sealed until further order |
| 3:01:41 PM | Court | Proceeding Unsealed |
| 3:01:48 PM | Defendant | 2 days to try; Discovery Complete; Negotiations ongoing |
| 3:02:21 PM | | Atty. Banks T. Smith discharged may file under CJA for appearance today |
| 3:02:39 PM | | Court in Recess |