EDDIE ANDREW GORDON                CRIMINAL ACTION NO
                                   2:05 CR 290
MR. THOMPSON        RECEIVED                     MHT

I WRITING IN REGARDS TO GROSS ERRORS ABOUT MY CASE, ME AND MR. KEVIN BUTLER WAS BEFOR YOU ON APRIL 15, 2006 BASE ON REPRESENTATION AS TO MR. BUTLER BEING MY COUNSEL, WHICH I WITHDRAWED MOTION, DESIRE TO KEEP HIM, ON MAY 16, 2006 BEFOR MAGISTRATE JUDGE MRS. McPHERSON ALONG WITH MYSELF, MR. BUTLER AND MR. BANKS SMITH AGAIN WAS THE SAME SITUATION, REALLY DON'T UNDERSTAND WHY MR. KEVIN BUTLER KEEP PUTTING ME THROUGH ALL THESE CHANGES, MR. THOMPSON I REALLY NEED TO SPEAK WITH YOU BEFOR AUG 7, THAT IS TRIAL DATE, I PRAY AND ASK THE LORD FOR HELP, VERY MUCH, CAUSE I'M NOT ABLE TO HIRE MY OWN ATTORNEY, THE LORD HAVE OPEN MY EYES TO ALOT LATELY. MR. THOMPSON, I FILE A RULE 32 IN STATE COURT LAST YEAR IN DEC — STATE COURT SENTENCE ME TO 20 YEARS SPLIT 5 TO SERVE FOR A POSS OF CONTROL SUB - TWO AND A HALF GRAMS "COCAINE" I FILE A RULE 32 ON CONVICTION OBTAINED BY PLEA OF GUILTY WHICH WAS UNLAWFULLY, AND EFFECTIVE ASSISTANCE OF COUNSEL, THEY PROMISE ME ONE THING A PLEA DAY OF SENTENCE THE DONE SOMETHING OTHER, JUDGE TRACY McCOOEY LAWYER WAS MR. DOUGLAS FREEMAN, BEFOR I GOT A RESPONSE ON MY RULE 32 UNITED STATES MARSHALL SERVICE WAS AT STATE PRISON TO

**PICK** ME UP - ON FEDERAL **WRIT**, FELON IN POSS F/A. ON JAN 12, I HAD TO BE IN FEDERAL COURT ON FEB 8, 2006, NOW HERE IT IS AS OF MAY 24, 2006 I HAVE RECEIVE A MOTION DISCOVERY, BUT HAVEN'T NO-ONE SHOWED ME A <u>WARRANT FEDERAL</u> I'M BEING HOID UNLAWFUILY MR. THOMPSON, DON'T KNOW HOW LONG A WRIT LAST, BUT MR. THOMPSON, I COME FROM A POOR FAMILY DON'T HAVE MUCH, BUT THE LORD BEEN GOOD TO ME, PRAISE HIM, I OFTEN PRAY PUT MY FAITH IN GOD ASK HIM TO GUIDE AND SHOW ME THE WAY CAUSE SOMETHING NOT RIGHT ABOUT MY CASE AND GOD ANSWER MY PRAYERS, MR. THOMPSON IN STATE PRISON I WAS PUT THERE UNLAWFUILY, I GOT PROOF I NEVER WAS IN INDICTED BY STATE COURT THEY JUMP THE GRAND JURY ON ME, MY WARRANTS FOR STATE COURT ARE DISTRICT COURT WARRANTS, MR. BUTLER KNOW WHAT'S GOING ON I BEEN LOCKED-UP SINCE JUNE 2, 2005 I DO NOT WANT TO SUE ANYONE, PLEASE MR. THOMPSON LET ME SHOW YOU EVERYTHING FOR PROOF, I JUST WANT TO BE WITH MY FAMILY PLEASE THAT'S ALL I WANT, I GOT PROOF PLEASE HEIP ME PLEASE, PLEASE HEIP ME. MR. THOMPSON I NEED TO SEE YOU

*(Margin notes, left side, bottom to top):* MR. KEVIN BUTLER NOT RIGHT. I DON'T WANT TO SUE. JUST FREE ME PLEASE.

RULES INITIAL APPEARANCE

**HERE**

(A) IN GENERAL

(1) APPEARANCE UPON ARREST

(A) A PERSON <u>MAKING AN ARREST</u> ~~WITHIN~~ (within) THE UNITED STATES <u>MUST TAKE THE DEFENDANT</u> WITHOUT UNNECESSARY DELAY <u>BEFOR A MAGISTRATE JUDGE, OR BEFOR A STATE OR LOCAL JUDICIAL OFFICER AS RULE 5(c)</u> PROVIDES UNLESS A STATUTE PROVIDES OTHERWISE.

NEW RULE 4(B) WHICH CURRENTLY RULE 4(C) ADDRESSES THE FORM OF AN ARREST WARRANT AND A SUMMONS AND INCLUDES TWO NON-STYLISTIC CHANGES, FIRST RULE (B)(1)(C) MANDATES THAT THE WARRANT REQUIRES THAT THE DEFEND BE BROUGHT WITHOUT UNNECESSARY DELAY" BEFORE A JUDGE THE COMMITTEE BELIEVED THAT THIS WAS A MORE APPROPRIATE STANDARD THAN CURRENT REQUIREMENT THAT DEFENDANT BE BROUGHT BEFOR THE NEAREST AVAILABLE MAGISTRATE JUDGE THIS NEW LANGUAGE ACCURATELY REFLECTS THE THRUST OF THE ORIGINAL RULE, THAT TIME IS OF THE ESSENCE AND THAT THE DEFENDANT SHOULD BE BROUGHT WITH DISPATCH BEFORE A JUDICIAL OFFICER IN THE DISTRICT, SECOND, THE REVISED RULE STATES A PREFERENCE THAT A DEFENDANT BE BROUGHT BEFOR A FEDERAL JUDICIAL OFFICER, RULE 4(B)(2) HAS BEEN AMEND TO REQUIRE THAT IF A SUMMON IS

ARREST IN A DISTRICT OTHER THAN
WHERE THE OFFENSE WAS ALLEGEDLY
COMMITTED IF THE WAS ARRESTED IN
A DISTRICT OTHER THAN WHERE THE
OFFENSE WAS ALLEGEDLY COMMITTED, THE
INITIAL APPEARANCE MUST BE:
(A) IN THE DISTRICT OF ARREST; OR
(B) IN A ADJACENT IF:
(I) THE APPEARANCE CAN OCCUR MORE PROMPTLY THERE OF.
(II) THE OFFENSE WAS ALLEGEDLY COMMITTED THERE, A