| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 6/2/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:10 - 9:14 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr290-MHT    **DEFENDANT(S):** Eddie Andrew Gordon

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Christine Freeman |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**
        Possible Trial

☐ **TRIAL STATUS**    8/7/06 Trial Term

☐ **REMARKS:** 5/26/06 Letter from Defendant discussed
        Defendant filed a pro se Motion for Immediate Release- No Hearing will be set on Motion
        Written Order will be issued ruling on the motion
        Court suggests defendant's counsel may to consider the need of an evaluation for defendant