IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR290-MHT |
| | ) | [WO] |
| EDDIE ANDREW GORDON | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Motion for Immediate Release, filed on 26 May 2006 (Doc. # 42), is DENIED.

DONE this 21st day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE