IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

EDDIE ANDREW GORDON
-v-
UNITED STATES OF AMERICA

2006 JUN 30 A 9:28

CASE NO:
2:05 CR 290 MHT

RESPONSE TO ORDERED ON MOTION FOR IMMEDIATE RELEASE, FILED ON MAY 26, 2006 (DOC #42) WHICH WAS DENIED. DONE THAT 21ST DAY OF JUNE 2006 BY UNITED STATES MAGISTRATE JUDGE, VANZETTA PENN MCPHERSON. GORDON CLAIMS WERE NOT SPECIFICALLY ADDRESSED BY THE UNITED STATES DISTRICT COURT OF THE MIDDLE DISTRICT OF ALA, NORTHERN DIVISION, IN IT'S ORDER DIMISSING HIS IMMEDIATELY RELEASE FILED MAY 26, 2006 (DOC #42) GORDON WOULD LIKE SPECIFIC FINDING OF FACT REGARDING HIS IMMEDIATELY RELEASE DENIED, THE COURT'S HOWEVER DOES NOT ADDRESS THE SPECIFIC CLAIMS THAT GORDON RAISE IN HIS MOTION BEEN DENIED MUST PROVIDE SPECIFIC FINDING OF FACT TO SUPPORT THE DECISION!

Subscribed and sworn to before me in my Presence, this 28th day of June 2006, a Notary Public in and for the County of Montgomery State of Alabama
Lisa Hampton Davis
(Signature)   Notary Public
My Commission Expires March 17, 2009

RESPECTFULLY SUBMITTED
Eddie Gordon
6-28-06   E.G.
Eddie Gordon
6-26-06   E.G.