| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 7/17/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:17 - 9:18 |

<b><u>PRETRIAL CONFERENCE</u></b>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:05cr290-MHT    **DEFENDANT(S):** Eddie Andrew Gordon

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Brown Hardwick | * | Michael Peterson standing in for Kevin L. Butler |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**          Complete

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**
                                      **Likely Trial**

☐ **TRIAL STATUS**              8/7/06 Trial Term

☐ **REMARKS:**   Court informed counsel of the 7/31/06 Plea Deadline and that the parties should notify the Court of Intent to Change Plea