MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:    Jimmy Dickens

❑ARRAIGNMENT          xCHANGE OF PLEA          ❑CONSENT PLEA

❑RULE 44(c) HEARING          ❑SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*          **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr290-MHT*          **DEFENDANT NAME:** *Eddie Andrew Gordon*

**AUSA:** *Tommie Brown Hardwick*          **DEFENDANT ATTY:** *Kevin L. Butler*

Type Counsel:    ( ) Waived; ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _____ **Jakki Caple** _____

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** __x_____ **NO** _____ **YES    Name:** _____

**CHANGE OF PLEA NOT HELD - Defendant has decided to go to trial 8/7/06**

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❑ Not Guilty                    ❑Nol Contendere

❑Not Guilty by reason of insanity

❑Guilty as to:

❑Count(s)_____ of the Felony Indictment.

❑Count(s) _____ ❑ dismissed on oral motion of USA;

❑ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNTS**

— Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea
Agreement entered

— _____ Days to file pretrial motions.    ❑ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____;  ❑ Sentencing on _____    ❑_____Bond   ❑ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or  ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.