IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA )
)
v. ) CRIMINAL ACTION NO.
) 2:05cr290-MHT
EDDIE ANDREW GORDON )

<u>ORDER</u>

There being no objection, it is ORDERED that defendant Eddie Andrew Gordon's motion in limine to exclude reference to narcotics seized (Doc. No. 55) is granted.

DONE, this the 1st day of August, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE