IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 2:05cr290-MHT |
| **EDDIE ANDREW GORDON**    ) | |

### ORDER

Upon consideration of defendant Eddie Andrew Gordon's motion in limine to redact from the indictment and exclude evidence or testimony regarding a prior felony conviction (Doc. No. 54), it is ORDERED that the government show cause, if any there be, in writing by August 3, 2006, as to why said motion should not be granted.

DONE, this the 1st day of August, 2006.

                  /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**