IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.          ) | **CRIMINAL ACTION NO.** |
| ) | **2:05cr290-MHT** |
| **EDDIE ANDREW GORDON**    ) | |

<u>ORDER</u>

It is ORDERED that defendant Eddie Andrew Gordon's motion in limine to redact from the indictment and exclude evidence or testimony regarding a prior felony conviction (Doc. No. 54) is granted upon the condition that defendant Gordon enter into the appropriate stipulation on the record.

DONE, this the 7th day of August, 2006.

          <u>/s/ Myron H. Thompson</u>
          **UNITED STATES DISTRICT JUDGE**