_____IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA )
                         )
    V.                   )    CR. No.: 2:05cr290-MHT
                         )
EDDIE ANDREW GORDON      )


_____    NOTICE OF APPEARANCE

     **COMES NOW** the undersigned counsel, Robert M. Illman, and enters his appearance on

behalf of the Defendant, Eddie Andrew Gordon, in the above-styled case.

     Dated this 7th day of August 2006.


                  Respectfully submitted,


                  s/ Robert M. Illman
                  **ROBERT M. ILLMAN**
                  AL Bar Code: ILL007
                  201 Monroe Street, Suite 407
                  Montgomery, Alabama 36104
                  Phone: (334) 834-2099
                  Fax: (334) 834-0353
                  E-mail: Robert_Illman@fd.org

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**UNITED STATES OF AMERICA )**
                                                    **)**
**V.**                                              **)**    **CR. No.: 2:05cr290-MHT**
                                                    **)**
**EDDIE ANDREW GORDON**                              **)**

_____    **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Robert M. Illman
**ROBERT M. ILLMAN**
AL Bar Code: ILL007
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Robert_Illman@fd.org