**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:05cr290-MHT** |
| | ) | |
| **EDDIE ANDREW GORDON** | ) | |

**<u>ORDER</u>**

Upon consideration of the foregoing petition for writ of habeas corpus ad testificandum (doc. no. 65), and for good cause shown, the Court is of the opinion that said petition should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and she is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD TESTIFICANDUM, addressed to the Montgomery County Jail, Montgomery, Alabama, commanding them to deliver TAVION JACKSON, Inmate #, 84429 to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on August 9, 2006 10:00 a.m., and to return said prisoner to official when the Court shall have finished with him.

DONE, this the 8th day of August 2006.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE