IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CASE NUMBER 2:05CR290-MHT
)
EDDIE ANDREW GORDON )

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN AND/OR KEEPER OF THE MONTGOMERY COUNTY JAIL

AT Montgomery, AL 36104

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETING:

WE command you, that you have the body of Tavion Jackson a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of Montgomery, AL on 8/9/2006 at 10:00 o'clock A .M., to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

**BY ORDER OF THE COURT.**

DONE, this the 8th day of August, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
Deputy Clerk