IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr290-MHT |
| **EDDIE ANDREW GORDON** | ) | |

## ORDER

It is ORDERED that the motion to dismiss due to composition of the jury venire (doc. no. 61) is referred to the United States Magistrate Judge for appropriate proceedings and recommendation.

DONE, this the 8th day of August, 2006.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE