## **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT    MONTGOMERY,   ALABAMA

DATE COMMENCED    AUGUST 7, 2006            AT       10:35      A.M./P.M.

DATE COMPLETED    AUGUST 9, 2006            AT       10:12      A.M./P.M.

UNITED STATES OF AMERICA            )
                                    )
     v                              )     CR NO 2:05cr290-MHT
                                    )
EDDIE ANDREW GORDON                 )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie Hardwick | X<br>X<br>X<br>X | Attys Kevin Butler, Robert Illman,<br>Christine Freeman |

**COURT OFFICIALS PRESENT:**

Kevin Kish,           Anthony Green & Sheila Carnes,    Mitchell Reisner,
  Law Clerk                Courtroom Deputies               Court Reporter

### JURORS

1.  Mary Louise Benefield              7.  Michael Thomas McKnight
2.  Richard Murray Trawick, Jr         8.  Kenyse Garth Savage
3.  Mary Evelyn Morgan                 9.  Randy DeWayne Echols
4.  Eva Dawn Crew                      10. Kayleigh Rae Turner
5.  Ann Kelso Eaddy                    11. Amber Joy Greenwood
6.  Ashley Ryan Broadway               12. Dell Forehand Thornell

### ALTERNATES

13. Deborah Bunn                       14.

## **JURY SELECTION**

10:35 a.m.   Court convened.
             Multiple voir dire begun (Cr Nos. 3:06cr95-MHT, USA v
             Snipes; **2:05cr290-MHT, USA v Gordon**; 2:06cr64-MHT, USA v
             Lewis and Reynolds; 2:05cr300-MHT, USA v Woods; and
             2:05cr66-MHT, USA v Darter). Defendant's motion to dismiss
             due to composition of the jury venire will be referred to
             the Magistrate Judge. Individual voir dire of proposed
             juror; Jury selected.
1:35 p.m.    Jury seated and excused; trial scheduled for Wednesday,
             August 9, 2006, 9:00 a.m.

**MINUTES**
**JURY TRIAL COMMENCING AUGUST 7, 2006 before Judge Myron Thompson**
**CR. NO. 2:05cr290-MHT, USA vs. EDDIE ANDREW GORDON**

**8-9-06:**
| | |
|---|---|
| 8:40 a.m. | Court reconvened.  Hearing out of jury's presence (re issues of withdrawal of counsel and defendant's competency).  Government's counsel excused from proceeding. **Oral Order directing that any transcript of this portion of the proceeding be sealed.** |
| 8:58 a.m. | In-chambers Ex Parte conference (on the record). |
| 9:07 a.m. | Recess. |
| 10:10 a.m. | Defendant's Oral representation that he desires to enter a guilty plea; Court directs that jury will be held pending plea and that if plea is accepted, case will be reassigned for sentencing. |
| 10:12 a.m. | Court adjourned. |