COURTROOM DEPUTY'S MINUTES  DATE: 8/9/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 10:24 – 10:57 am
COURT REPORTER: Mitchell Reisner

☐ ARRAIGNMENT  ☒ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: VPM  DEPUTY CLERK: sql
CASE NUMBER: 2:05CR290-MHT  DEFENDANT NAME: Eddie GORMAN
AUSA: Hardwick  DEFENDANT ATTORNEY: Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES  Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:  ☐ Not Guilty
  ☒ Guilty as to:
    ☒ Count(s): 1
    ☐ Count(s):    ☐ dismissed on oral motion of USA
            ☐ to be dismissed at sentencing

☒ Written plea agreement filed  ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1  .
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
  DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U.S. Marshal for:
  ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
  ☐ Defendant requests time to secure new counsel