IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## **ORDER**

It is hereby

ORDERED that the sentencing of the defendant is RESCHEDULED from **11:00 a.m.** to **8:00 a.m.** on **October 31, 2006,** in Courtroom 2E, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 18th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE