**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v. ) | | CASE NO: 2:05-cr-00290-WKM-VPM-ALL |
| ) | | |
| **EDDIE ANDREW GORDON** ) | | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **EDDIE ANDREW GORDON** in the above-styled matter.

Dated this 31st day of October 2006.

                                                Respectfully submitted,

                                              s/Everett M. Urech
                                              **EVERETT M. URECH**
                                              **AL BAR NO.: ASB-6693-E44E**
                                              Attorney for Defendant
                                              Urech & Livaudais, P.C.
                                              P.O. Drawer 70
                                              510 N. Daleville Ave
                                              Daleville, AL 36322
                                              TEL: (334) 598-4455
                                              FAX: (334) 598-2076
                                              E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tammie Brown Hardwick, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                      **s/Everett M. Urech**
                                      **EVERETT M. URECH**