**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                    AT MONTGOMERY, ALABAMA

DATE COMMENCED   OCTOBER 31, 2006                           AT 8:00 A.M.

DATE COMPLETED   OCTOBER 31, 2006                           AT 8:25 A.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.  2:05cr290-WKW |
| VS | ) | |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Atty. Kevin Butler |
| | X | Atty. Robert Morgan Illman |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Josh Segall | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 8:10 a.m. | Sentencing commences.  Government states terms of plea agreement.  Court does not accept plea agreement. Defendant withdraws guilty plea.  Defense counsel's ORAL MOTION to withdraw as counsel and to have new counsel appointed.  Court's ORAL ORDER granting motion to withdraw and to have new counsel appointed.  Court's ORAL ORDER denying [77] Motion for Reduction in Criminal Offense Level. |
| 8:30 a.m. | Hearing concluded. |