**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 2, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA vs. Eddie Andrew Gordon

**Case Number:** 2:05cr290-WKW

**Referenced Pleading:** Notice to Retained Criminal Defense Attorney Everette Urech Document #79

**This Notice of Correction filed in the above referenced case to reflect** this entry was docketed in error.  The attorney is a CJA appointed attorney and was not retained.