IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cr-290-WKW |
| | ) |
| EDDIE ANDREW GORDON, | ) |
| | ) |

**O R D E R**

The court having rejected the plea agreement between the government and the defendant on October 21, 2006, having granted the defendant's motion to withdraw his plea of guilty, and having granted the motion to withdraw as attorney by defendant's counsel, Kevin Butler, it is hereby

ORDERED that trial is set in this case for the January 8, 2007 term.

Done this 28th day of November, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE