IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:05-cr-00290-WKM-WC |
| | ) | |
| EDDIE ANDREW GORDON | ) | |
| | ) | |
| Defendant | ) | |

### AMENDMENT TO MOTION TO CONTINUE

**COMES NOW** the undersigned counsel, Everett M. Urech, and amends his motion to continue to include that he has contacted the U.S. Attorney who is handling this case and that attorney does not oppose the request for a continuance.

Dated this 6th day of December 2006.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tammie Brown Hardwick, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                        <u>s/Everett M. Urech</u>
                                        **EVERETT M. URECH**