"**PLEASE DON'T CONTRUE AS A MOTION**"

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

"NOTICE"
(PLEASE DON'T CONTRUE AS A MOTION)

EDDIE ANDREW GORDON

-V-

UNITED STATES OF AMERICA

THIS IS ADDRESSED TO DISTRICT JUDGE MR. (MYRON H. THOMPSON) ON ABOUT OCT 17, 2006 I ALONG WITH MY (EX) LAWYER K. BUTLER HAD A APPOINTMENT FOR OBJECTION TO MY PRE-SENTENCE INVESTIGATION REPORT, WHICH I TOTALLY DISAGREED FOR AFORESTATED REASONS ON MR. K. BUTLER BEHALF, THEN HE SIMPLE STATED HE WAS GOING TO INFORM THE COURTS. I WANTED TO WITHDRAW MY PLEA, WHICH I DID WANT TO WITHDRAW MY PLEA. ON ABOUT OCT 24, 06 I RECEIVED LEGAL MAIL FROM DISTRICT COURT INFORMING ME MR. EDDIE GORDON MY SENTENCING TIME HAD BEEN CHANGE FROM 11:00 AM OCT 31, 06 UNTIL 8:00 A.M. THE VERY SAME DAY, ALONG WITH RE-ASSIGNING ME ANOTHER JUDGE, AND RESETTING ME A TRIAL DATE FOR SIXTY EIGHT DAYS AWAY, ALSO WITH APPOINTING OF A NEW LAWYER, WHICH I REQUESTED FOR. MY CLAIMS WERE NOT

SPECIFICALLY ADDRESSED BY THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALA, NORTHERN DIVISION IN IT'S ORDER, REASSIGNING THE JUDGE, WHY DIDN'T THE COURT ADDRESS ABOUT MY CHANGING OF PLEA, AS MY (EX) LAWYER MR. K. BUTLER STATE, HE WAS GOING TO DO WHEN I INFORM HIM ON OCT 17, 06 OTHER THAN RESETTING MY SENTENCING TIME WE BOTH HAD KNOWLEDGE, IT WASN'T GOING TO BE NO SENTENCING. GORDON WOULD LIKE SOME SPECIFIC FINDING OF FACT REGARDING MY CLAIMS RAISED, THE COURT HOWEVER DOES NOT ADDRESS THE FINDING OF FACT TO SUPPORT THE DECISION

Eddie A. Gordon
12-4-06

Subscribed and sworn to before me in my Presence, this 4th day of December 2006, a Notary Public in and for the County of Montgomery, State of Alabama

_Lisa Hampton Davis_
(Signature)         Notary Public

My Commission Expires March 17, 2009