IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:05-cr-00290-WKM-WC |
| ) | |
| EDDIE ANDREW GORDON ) | |
| ) | |
| Defendant ) | |

AMENDMENT TO MOTION TO CONTINUE

COMES NOW the undersigned counsel, Everett M. Urech, and amends his motion to continue to request that the case be continued until Judge Watkins next jury term of court which counsel understands is now scheduled for early April 2007.

Dated this 13th day of December 2006.

>Respectfully submitted,
>s/Everett M. Urech
>EVERETT M. URECH
>AL BAR NO.: ASB-6693-E44E
>Attorney for Defendant
>Urech & Livaudais, P.C.
>P.O. Drawer 70
>510 N. Daleville Ave
>Daleville, AL 36322
>TEL: (334) 598-4455
>FAX: (334) 598-2076
>E-Mail: daleatty@snowhill.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tammie Brown Hardwick, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                            <u>s/Everett M. Urech</u>
                                            EVERETT M. URECH