IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cr290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

**ORDER**

Upon consideration of the Motion To Suppress (Doc. #86), filed on December 11, 2006, it is hereby ORDERED that:

1. On or before January 5, 2007, the government shall file its written response to the motion to suppress.

2. Counsel and the parties shall appear for an evidentiary hearing on January 18, 2007 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. The Clerk of the court shall provide a court reporter for the hearing.

DONE this __13th day of December, 2006.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE