IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05-CR-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## ORDER

Defendant Eddie Andrew Gordon mailed a handwritten pleading (upon which was notated, "**PLEASE DON'T CONSTRUE AS A MOTION**") to District Judge Myron H. Thompson, the judge to whom this case was formerly assigned.  The Clerk is directed to file this document, and to submit a copy to new counsel for Mr. Gordon and to the United States of America.   The United States is directed to respond in writing to the pleading by January 3, 2007, and the defendant shall reply by January 12, 2007.

Done with 13th day of December, 2006.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE