IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:05-cr-00290-WKM-WC |
| | ) | |
| EDDIE ANDREW GORDON | ) | |
| | ) | |
| Defendant | ) | |

RESPONSE TO COURT'S ORDER FILED ON DECEMBER 13, 2006

**COMES NOW** the undersigned counsel, Everett M. Urech, and responds to the Court's Order filed on December 13, 2006 and to the Government's response to that order. Counsel has consulted with Mr. Gordon and he is aware that the court has accepted his withdrawal of his plea of guilty. The previous orders setting his case for sentencing have been rendered moot because this case has been set for jury trial on April 23, 2007.

Dated this 10th day of January 2007.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January, 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tammie Brown Hardwick, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                        s/Everett M. Urech
                                                        EVERETT M. URECH