# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery , Alabama

HON.  WALLACE CAPEL, JR.

DATE COMMENCED:  1/18/07                    DIGITAL RECORDING: 10:00 - 11:23

DATE COMPLETED:   1/18/07

USA                                    *        2:05cr290-WKW

vs                                     *

EDDIE ANDREW GORDON                    *

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Tommie Brown Hardwick | * | Everett McRae Urech |
| | * | |
| | * | |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

---

### PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   SUPPRESSION HEARING

SEE MINUTES ATTACHED

| Description | 2:05cr290-WKW: USA vs. Eddie Andrew Gordon: Suppression Hearing | |
| --- | --- | --- |
| Date | 1 /18/2007 | Location |

| Time | Speaker | Note |
| --- | --- | --- |
| 10:00:45 AM | Court | Convenes |
| 10:01:20 AM | Government | Calls 1st witness Lynn Jordan; Witness testifies |
| 10:06:46 AM | Defense | Cross-Examines Witness |
| 10:09:20 AM | Government | Re-Directs Witness |
| 10:12:04 AM | | Witness Excused |
| 10:12:35 AM | Government | Calls 2nd witness Officer Lance Gambrel; Witness testifies |
| 10:16:42 AM | | Government Exhibit 4 -Admitted |
| 10:22:37 AM | Defense | Cross-Examines Witness |
| 10:36:25 AM | | Defendant Exhibit 1 - Admitted |
| 10:44:27 AM | Government | Re-Directs Witness |
| 10:46:43 AM | | Government Exhibit 5 - Admitted |
| 10:47:18 AM | Defense | Further questions witness |
| 10:49:04 AM | Court | Questions Witness |
| 10:50:04 AM | Defense | Questions Witness |
| 10:51:08 AM | Government | Questions Witness |
| 10:51:27 AM | | Government Rests |
| 10:51:36 AM | | Witness Excused |
| 10:52:34 AM | Defense | Calls 1st Witness Eddie Andrew Gordon; Witness testifies |
| 11:01:14 AM | Government | Cross-Examines witness |
| 11:04:27 AM | | Government Exhibt 3 Offered |
| 11:08:10 AM | Court | Questions defense counsel as to standing on suppression; Allows counsel to supply case law |
| 11:11:17 AM | Government | Continues cross-examines |
| 11:15:08 AM | | Government Exhibits 2, 3 - Admitted |
| 11:15:54 AM | Defense | Re-Directs witness |
| 11:17:40 AM | | Defense Rests |
| 11:17:45 AM | Government | Makes Closing Argument |
| 11:18:25 AM | Defense | Makes Closing Argument |
| 11:22:10 AM | Court | Counsel Allowed until Monday 1/22/07 to Supplement record as to standing |
| 11:23:13 AM | | Court in Recess |
| | | |