✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

USA

V.

EDDIE ANDREW GORDON

**GOVERNMENT'S EXHIBIT LIST**

Case Number:  2:05cr290-WKW

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WALLACE CAPEL, JR. | Tommie Brown Hardwick | Everett McRae Urech |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Suppression Hearing 1/18/07 | Risa Entrekin | Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 1/18/07 | x | x | Eddie Andrew Gordon's Voluntary Statement Form dated 11/22/04 |
| 3 | | 1/18/07 | x | x | Audio Statement of Eddie A. Gordon of 11/22/04 |
| 4 | | 1/18/07 | x | x | Exterior Picture of Hotel Room #103 |
| 5 | | 1/18/07 | x | x | Picture of Gun |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.