**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 23, 2007

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          USA vs. Eddie Andrew Gordon

**Case Number:**         2:05cr290-WKW

**Referenced Pleading:** Document #98

This Notice of Correction has been filed in the above referenced case to reflect that the entry was filed incorrectly as a Notice. The pleading was styled as a Supplemental Response to First Motion to Suppress.