IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |
| | ) | |

**ORDER**

On February 6, 2007, the Magistrate Judge filed a Recommendation (Doc. # 101) that Defendant's Motion to Suppress (Doc. # 86) be denied. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 101) is ADOPTED;

2. Defendant's Motion to Suppress (Doc. # 86) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further appropriate proceedings.

DONE this 6th day of March, 2007.

                                              /s/  W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE