## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: 2:05-cr-00290-WKM-WC |
| | ) |
| EDDIE ANDREW GORDON | ) |
| | ) |
| **Defendant** | ) |

### MOTION FOR ORDER TO TRANSPORT WITNESS FOR DEFENDANT FROM ALABAMA STATE PRISON TO TRIAL OF DEFENDANT

The Defendant moves that the court order the U.S. Marshal's Service to transport the witness, Tavian Jackson, AIS # 241941 from the Bibb Correctional Facility, Brent, Alabama to the trial in the above styled case. Mr. Jackson currently is an inmate in the Alabama State Prison System serving time in an unrelated case. Mr. Jackson shared the motel room where Mr. Gordon was arrested and is a necessary witness to Mr. Gordon's defense. The defense has filed a subpoena for attendance of the witness. A copy of the subpoena is attached.

Dated this 23rd day of March 2007.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2007, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tammie Brown Hardwick,
Assistant United States Attorney
Office of U.S. Attorney
One Court Square,
Suite 201, Montgomery, Alabama 36104.

                                              **s/Everett M. Urech**
                                              **EVERETT M. URECH**

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

United States of America

v.

Eddie Andrew Gordon

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2:05-cr-00290-WKM-WC

TO:
Tavian Jackson, AIS # 241941
Bibb Correctional Facility
563 Bibb Lane
Brent, Alabama 35034

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. Federal Court House<br>Middle District of Alabama<br>One Church Street<br>Montgomery, Alabama | **Judge Watkins Courtroom** |
| | DATE AND TIME |
| | April 23, 2007  9:00 AM |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER  *Everett M. Urech* (signature)
Everett M. Urech, Attorney for Mr. Gordon (panel appointee)
510 N. Daleville Ave., Daleville, AL 36322  (334) 598-4455

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

| | | | PROOF OF SERVICE | |
|---|---|---|---|---|
| RECEIVED BY SERVER | DATE | | PLACE | |
| SERVED | DATE | | PLACE | |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ | |
| SERVED BY (PRINT NAME) | | | TITLE | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          Date

_____
Signature of sever

_____
Address of sever

ADDITIONAL INFORMATION