## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 2:05-cr-00290-WKM-WC** |
| | ) | |
| **EDDIE ANDREW GORDON** | ) | |
| | ) | |
| **Defendant** | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**COMES NOW** the undersigned counsel for the Defendant and requests that the court issue a Writ of Habeas Corpus ad Testificandum for the State of Alabama prison system to hand over the requested witness, Mr. Tavian Jackson, AIS # 241941, from the Bibb Correctional Facility, Brent, Alabama to the U.S. Marshal's Service for transport to the trial of Mr. Gordon in the above styled case. Mr. Jackson currently is an inmate in the Alabama State Prison System serving time in an unrelated case. Mr. Jackson shared the motel room where Mr. Gordon was arrested and is a necessary witness to Mr. Gordon's defense. It is anticipated that Mr. Jackson may testify concerning his knowledge of the gun found in the motel room and whether or not Mr. Gordon had knowledge of the gun in the room at the time. Mr. Jackson's testimony may be helpful to Mr. Gordon's defense..

Dated this 28th day of March 2007.

1

Respectfully submitted,

**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tammie Brown Hardwick, Assistant United States Attorney
One Court Square, Suite 201,
Montgomery, Alabama 36104.

<u>s/Everett M. Urech</u>
**EVERETT M. URECH**