IN THE UNITED STATES DISTRICT COURT OF
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.                                                     ) | CASE NO. 2:05CR290-WKW-WC |
| ) | |
| EDDIE ANDREW GORDON            ) | |

# **ORDER**

_____Upon consideration of the Application for Writ of Habeas Corpus Ad Testificandum (Doc. #104) filed by the defendant, EDDIE ANDREW GORDON, on March 29, 2007, and for good cause shown, it is

ORDERED that the clerk of the court is DIRECTED to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM addressed to the Warden of the Bibb Correctional Facility, 563 Bibb Lane, Brent, Alabama, commanding him to deliver TAVIAN JACKSON, AIS #241941, to the United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy Marshal to bring said prisoner before this Court to be held at Montgomery, Alabama, on April 23, 2007 at 9:00 a.m. and to return said prisoner to said official when the Court shall have finished with her.

DONE this 29th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.,
UNITED STATES MAGISTRATE JUDGE