IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case Number 2:05cr290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN AND/OR KEEPER OF THE     BIBB CORRECTIONAL FACILITY
                                       AT     BRENT, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
       OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

WE command you, that you have the body of **TAVIAN JACKSON**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom 2-E of said Court, in the City of MONTGOMERY, ALABAMA, on APRIL 23, 2007, at 9:00 A.M., then and there to testify and speak the truth according to his knowledge, on the part of the defendant, in the above-styled cause; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 29th day of March, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: /s/
Deputy Clerk