IN THE UNITED STATES DISTRICT COURT OF
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:05CR290-WKW-WC |
| ) | |
| EDDIE ANDREW GORDON ) | |

# **ORDER ON MOTION**

Based upon the filing of defendant's Application for Writ of Habeas Corpus Ad Testificandum (Doc. #104) , and for good cause, it is

ORDERED that the Motion for Order to Transfer Witness (Doc. #103) is DENIED as moot.

DONE this 29th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.,
UNITED STATES MAGISTRATE JUDGE