**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | | **CASE NO: 2:05-cr-00290-WKM-WC** |
| ) | | |
| **EDDIE ANDREW GORDON** ) | | |
| ) | | |
| **Defendant** ) | | |

**DEFENDANT'S REQUESTED JURY INSTRUCTIONS**

    **COMES NOW** the undersigned counsel, Everett M. Urech, and requests the court court give the requested jury instructions that have been filed in the record of the case by previous counsel for Mr. Gordon, to wit: Those instructions filed on 07/13/2006, Document No. 53, consisting of 24 pages.

    Dated this 2nd day of April 2007.

                                                   Respectfully submitted,

                                                 **s/Everett M. Urech**
                                                 **EVERETT M. URECH**
                                                 **AL BAR NO.: ASB-6693-E44E**
                                                 Attorney for Defendant
                                                 Urech & Livaudais, P.C.
                                                 P.O. Drawer 70
                                                 510 N. Daleville Ave
                                                 Daleville, AL 36322
                                                 TEL: (334) 598-4455
                                                 FAX: (334) 598-2076
                                                 E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tammie Brown Hardwick, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                       <u>s/Everett M. Urech</u>
                                       **EVERETT M. URECH**