IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:05-cr-00290-WKM-WC |
| | ) | |
| EDDIE ANDREW GORDON | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS**

**COMES NOW** the undersigned counsel, Everett M. Urech, and requests the voir dire questions previously submitted by the Defendant's former counsel on July 31, 2006, Document No. 52, plus the following additional questions be included in voir dire of the jury.

**DEFENDANT'S ADDITIONAL REQUESTED VOIR DIRE QUESTIONS**

1. Has anyone every found anything in their home that they did not know was there?

2. Has anyone ever had a room-mate?

3. Has anyone who had a room-mate ever found anything in the room that they did not know was there?

4. Would you believe beyond a reasonable doubt a police officer just because he or she is a police officer? Or would you take all the circumstances in account in evaluating a police officer's testimony?

5. Would you disbelieve a defendant just because he is the person on trial?

6. Does anyone believe that the government should not have to meet its burden of proof, that is proof beyond a reasonable doubt?

7. If the government failed to prove its case beyond a reasonable doubt could you vote to acquit

a person on trial, even though you think he may be guilty?

8. The court will instruct the jury on the elements of the offense. An offense may have more than one element that must be proven before a person on trial may be found guilty. For example, suppose an offense had seven elements that had to be proven to convict a person and suppose the government proved six of the seven elements. It did not prove only one of the elements. If I instruct you that you may find a person on trial guilty only if government meets its burden of proof to all of the elements, and the government fails to prove that one element, could you follow my instructions and find the person on trial not guilty?

Dated this 2nd day of April 2007.

Respectfully submitted,

**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tammie Brown Hardwick, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Everett M. Urech
**EVERETT M. URECH**
