IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr290-WKW |
| ) | |
| EDDIE ANDREW GORDON ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Susan R. Redmond as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick.

Respectfully submitted this the 10th day of April, 2007.

                                                                   LEURA G. CANARY
                                                                   UNITED STATES ATTORNEY

                                                                   /s/Susan R. Redmond
                                                                   SUSAN R. REDMOND
                                                                   Assistant United States Attorney
                                                                   One Court Square, Suite 201
                                                                   Montgomery, AL 36104
                                                                   Phone: (334)223-7280
                                                                   Fax: (334)223-7135
                                                                   E-mail: susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr290-WKW |
| ) | |
| EDDIE ANDREW GORDON ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Everett M. Urech, Esquire.

Respectfully submitted,

/s/Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: susan.redmond@usdoj.gov