IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## ORDER ON MOTION

On April 10, 2007, the government filed a Motion to Substitute Counsel (Doc. #113).

The undersigned Magistrate Judge has read and reviewed the motion. For good cause shown, it is

ORDERED that the motion is hereby GRANTED.

DONE this 10th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE