U.S. District Court
Alabama Middle District
Calendar Events Set For **4/23/2007**
Judge William Keith Watkins, Presiding

**JURY SELECTION - JURY TRIAL**

**USA VS. EDDIE ANDREW GORDON - 2:05cr290-WKW**

---

Tommie Brown Hardwick representing USA (Plaintiff)

Everet McRae Urech representing Eddie Andrew Gordon (Defendant)

PO             Terrence Marshall

12/14/05       Indictment - 1 Ct.

7/26/06        Not Guilty Plea