IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## JURY VERDICT

As to the charge contained in Count One of the Indictment, we, the Jury, find the Defendant:

    ✓    Guilty

or

_____    Not Guilty

So Say We All.

This the  25  day of April, 2007.

_____
Foreperson