IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )    | |
|  v. ) | **CASE NO: 2:05-cr-00290-WKM-WC** |
| ) | |
| **EDDIE ANDREW GORDON** ) | |
| ) | |
| **Defendant** ) | |

**MOTION TO PROVIDE TRANSCRIPT
TO ASSIST IN PREPARATION OF MOTION FOR NEW TRIAL**

**COMES NOW** the Defendant, Eddie A. Gordon, by and through undersigned counsel, Everett M. Urech, and requests that the court order that a transcript be provided to counsel to assist him in the preparation of the Defendant's motion for new trial. Mr. Gordon was convicted by a jury on April 25, 2007 of being a felon in possession of a firearm. Any pleading Mr. Gordon submits addressing the trial in this matter, must accurately reflect the evidence and testimony presented. His counsel needs a transcript of the evidence to assist him in this regard.

WHEREFORE, the Defendant respectfully asks that this Motion be granted.

    Respectfully submitted,

    s/Everett M. Urech
    EVERETT M. URECH
    AL BAR NO.: ASB-6693-E44E
    Attorney for Defendant
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455
    FAX: (334) 598-2076
    E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                s/Everett M. Urech
                                                EVERETT M. URECH