IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CASE NO: 2:05-cr-00290-WKM-WC** |
| | ) | |
| **EDDIE ANDREW GORDON** | ) | |
| | ) | |
| **Defendant** | ) | |

**REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR A NEW TRIAL AND
MOTION FOR JUDGMENT OF ACQUITTAL**

**COMES NOW** the Defendant, Eddie A. Gordon, by and through undersigned counsel, Everett M. Urech, and pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure respectfully moves this Court to extend the time for filing a Motion for New Trial by thirty days or until ten days after a transcript of the trial can be filed in this case.

1. Mr. Gordon was convicted by a jury on April 25, 2007 of being a felon in possession of a firearm. Any pleading Mr. Gordon submits addressing the trial in this matter, must accurately reflect the evidence and testimony presented.

2. Mr. Gordon is requesting a transcript of the case. Therefore, it is in the interest of justice to extend the time for the filing of a motion for new trial and motion for judgment of acquittal to allow counsel to review the transcript in preparing the motion for new trial. Although the time limit for such motions is seven (7) days after the finding of guilt, such time may be extended by this Court, if such extension is granted and set within the initial seven-day period. <u>Carlisle v. United States</u>, 517 U.S. 416, 116 S. Ct. 1460 (1996).

WHEREFORE, the Defendant respectfully asks that this Motion be granted.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

Case 2:05-cr-00290-WKW-WC    Document 124    Filed 04/27/2007    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                  s/Everett M. Urech
                                                  EVERETT M. URECH