IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CR-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON, | ) | |

## **ORDER**

Before the court is defendant's Motion to Provide Transcript to Assist in Preparation of Motion for New Trial (Doc. # 123), and Request for Extension of Time to File Motion for a New Trial and Motion for Judgment of Acquittal (Doc. # 124). The court construes defendant's Motion to Provide Transcript to Assist in Preparation of Motion for New Trial (Doc. # 123) as an Application to Proceed In Forma Pauperis. It is ORDERED that the Application (Doc. # 123) is GRANTED. It is further ORDERED that defendant's Request for Extension of Time (Doc. # 124) is GRANTED. Defendant will have **fourteen days** from receipt of the transcript to file any motion for judgment of acquittal or motion for a new trial.

DONE this 27th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE