IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.                       ) | CASE NO: 2:05-cr-00290-WKM-WC |
|                          ) | |
| EDDIE ANDREW GORDON      ) | |
|                          ) | |
| Defendant                ) | |

### REQUEST TO ATTEND VISITATION BEFORE FUNERAL OF MOTHER

**COMES NOW** the Defendant, Eddie A. Gordon, by and through undersigned counsel, Everett M. Urech, and requests that he be allowed to attend the visitation prior to the funeral of his mother, Betty Jean Gordon, who died on May 11, 2007. He would be departing prior to the funeral services beginning. The visitation begins at 9:00 A.M. Saturday, May 19th, at the Zion Baptist Church, 624 Stephens Street, Eufaula, Alabama and the funeral services begin at 12:00 A.M.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                         s/Everett M. Urech
                                         EVERETT M. URECH