IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CR-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON, | ) | |

## ORDER

Before the court is defendant's Motion to Attend Visitation before Funeral of Mother (Doc. # 126).  It is ORDERED that the Government shall show cause why this motion shall not be granted **on or before 10:00 a.m., on May 18, 2007**.

DONE this 17th day of May, 2007.

                                           /s/   W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE