**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:05-CR-290-WKW** |
| **EDDIE ANDREW GORDON** | ) | |

**RESPONSE TO SHOW CAUSE ORDER**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files its response to the Court's Show Cause Order of May 17, 2007, as follows:

1.    The defendant filed a Request to Attend Visitation on or about May 15, 2007.

2.    The United States takes the position that as the defendant was received from the State of Alabama pursuant to a writ, the Court has no authority to "release" the defendant and allow him to attend the requested event.

Respectfully submitted, this the 17th day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIMINAL NO.  2:05-CR-290-WKW** |
| **EDDIE ANDREW GORDON** | ) | |


**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Everett M. Urech.


Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov

2