IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:05-CR-290-WKW |
| ) | |
| EDDIE ANDREW GORDON, ) | |

**<u>ORDER</u>**

Before the court is Eddie Gordon's Motion to Attend Visitation before Funeral of Mother (Doc. # 126). Mr. Gordon is a prisoner serving a state sentence for possession of a controlled substance. On December, 14, 2005, Mr. Gordon was indicted on one count of felon in possession. On December 22, 2005, a Writ of Habeas Corpus ad Prosequendum ("Writ") was issued. On April 25, 2007, Mr. Gordon was found guilty of said count in this court.

Because Mr. Gordon is on a Writ from state prison, this court, regretfully, does not have jurisdiction to entertain Mr. Gordon's motion. It is therefore ORDERED that Mr. Gordon's Motion to Attend Visitation before Funeral of Mother (Doc. # 126) is DENIED.

DONE this 18th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE