IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05-cr-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

## ORDER

It is ORDERED that the sentencing hearing scheduled for June 29, 2007, at 11:00 a.m., is **RESCHEDULED** to June 29, 2007, at 3:00 p.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 31st day of May, 2007.

          /s/   W. Keith Watkins
          UNITED STATES DISTRICT JUDGE