IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON | ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for June 29, 2007, is RESCHEDULED to September 26, 2007, at 10:00 a.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 21st day of June, 2007.

          /s/  W. Keith Watkins
      UNITED STATES DISTRICT JUDGE