IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-290-WKW |
| | ) | |
| EDDIE ANDREW GORDON, | ) | |

## ORDER

On June 25, 2007, the magistrate judge filed a Recommendation (Doc. # 132) that the Order (Doc. # 74) staying the proceedings on Mr. Gordon's Motion to Dismiss Due to Composition of the Jury Venire be lifted and that Mr. Gordon's Motion to Dismiss Due to Composition of the Jury Venire (Doc. # 61) be denied. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1.      The Recommendation (Doc. # 132) is ADOPTED;

2.      The Order (Doc. # 74) staying proceedings on Mr. Gordon's Motion to Dismiss Due to Composition of the Jury Venire is LIFTED; and

3.      Mr. Gordon's Motion to Dismiss Due to Composition of the Jury Venire (Doc. # 61) is DENIED.

DONE this 16th day of July, 2007.

                    /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE