IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:05-cr-290-WKW** |
| | ) | |
| **EDDIE ANDREW GORDON** | ) | |

## ORDER

The United States of America shall respond to defendant's Motion for a New Trial and Motion for Judgment of Acquittal (Doc. # 137) **on or before September 28, 2007.** Defendant shall file his reply **on or before October 12, 2007.**

DONE this 7th day of September, 2007.

                /s/   W. Keith Watkins
              UNITED STATES DISTRICT JUDGE