IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CASE NO. 2:05-cr-290-WKW |
| | ) |
| **EDDIE ANDREW GORDON** | ) |

### ORDER

It is ORDERED that the sentencing scheduled for September 26, 2007, is CONTINUED to **October 9, 2007 at 9:15 a.m.** in Courtroom 2-E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of September, 2007.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE