# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | **CASE NO: 2:05-cr-00290-WKM-WC** |
| ) | |
| **EDDIE ANDREW GORDON** ) | |
| ) | |
| **Defendant** ) | |

### DEFENDANT'S REPLY TO

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR NEW TRIAL

**COMES NOW** the Defendant, Eddie A. Gordon, by and through undersigned counsel, Everett M. Urech, and replies to the government's response to Mr. Gordon's motion for new trial.

The issues having been raised at trial and in the Defendant's motion for new trial, counsel for Defendant has no further reply to the Government's Response to the Defendant's Motion for New Trial. By doing so, counsel for the Defendant in no way agrees or accedes to the position of the government on these issues nor waives any issue so raised.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, Office of U.S. Attorney, Middle District of Alabama, Montgomery, Alabama 36104.

s/Everett M. Urech

EVERETT M. URECH