### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:05-cr-00290-WKM-WC** |
| | ) | |
| **EDDIE ANDREW GORDON** | ) | |
| | ) | |
| **Defendant** | ) | |

### NOTICE OF APPEAL - FINAL JUDGEMENT

**COMES NOW** the undersigned counsel, Everett M. Urech, and in behalf of Mr. Gordon files notice of appeal in this case. Mr. Gordon was sentenced on October 9, 2007. He has filed no motions requesting sentence reconsideration.

Counsel also asks that Mr. Gordon be allowed to appeal in forma pauperis. Counsel has sent an Administrative Office of Courts Form AO 240 to Mr. Gordon at the Montgomery City Jail for his signature and filing with the court.

Dated this 15th day of October 2007.

Respectfully submitted,

**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, Office of United States Attorney, Middle District of Alabama, Montgomery, Alabama 36104.

                                            <u>s/Everett M. Urech</u>
                                            **EVERETT M. URECH**