IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
        v.                   )        CASE NO. 2:05-cr-00290-WKW
                             )
EDDIE ANDREW GORDON          )

## ORDER

This cause is before the court on Gordon's Motion for Leave to Proceed on Appeal in Forma Pauperis (Doc. # 148). Accordingly, it is ORDERED that Gordon's motion is GRANTED. The court would be remiss if it failed to inform the defendant that in light of the earlier determination of his indigency (Doc. #8), section 3006A does not require that he file a motion and affidavit of indigency, and the court did not need to require him to file such information in order for him to be able to proceed with his appeal *in forma pauperis*.

DONE this 8th day of November, 2007.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE