Debra P. Hackett
  Clerk, U.S. District Court
  15 LEE ST STE 206
  MONTGOMERY  AL  36104-4055

---

January 10, 2008

**Appeal Number: 07-14852-B**
Case Style: USA v. Eddie Andrew Gordon
District Court Number:  05-00290 CR-W-N

TO:   Eddie Andrew Gordon (141942)

CC:   Everett M. Urech

CC:   Debra P. Hackett

CC:   Susan Redmond

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2008

Eddie Andrew Gordon (141942)
Limestone CF
28779 NICK DAVIS RD
HARVEST AL 35749-7009

**Appeal Number: 07-14852-B**
Case Style: USA v. Eddie Andrew Gordon
District Court Number: 05-00290 CR-W-N

Enclosed is a copy of the motion filed by your attorney to withdraw from representing you in the above appeal.

You may hire another attorney to represent you in this matter and to enter an appearance on your behalf within fourteen (14) days. You may instead respond to this motion within fourteen (14) days from the date of this letter. In your response you should state whether you wish to proceed pro se or if instead you are indigent and seek to have an attorney selected by the court appointed to represent you.

The motion to withdraw, along with your response, if any, will be submitted to the court for ruling within fourteen (14) days.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

\* This letter is reissued for a second time with a corrected ID number.

APPT-5 (04-2007)