Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 05, 2008

**Appeal Number: 07-14852-B**
Case Style: USA v. Eddie Andrew Gordon
District Court Number: 05-00290 CR-W-N ()

TO:  Everett M. Urech

CC:  Debra P. Hackett

CC:  Eddie Andrew Gordon (141942)

CC:  Susan Redmond

CC:  Leura Garrett Canary

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 05, 2008

Everett M. Urech
Urech & Livaudais, P.C.
510 N DALEVILLE AVE
DALEVILLE AL 36322-2000

**Appeal Number: 07-14852-B**
Case Style: USA v. Eddie Andrew Gordon
District Court Number: 05-00290 CR-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

\* Please file the Transcript Order Form (blank form enclosed) within 14 days of the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH

FEB - 5 2008

THOMAS K. KAHN
CLERK

No. 07-14852-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE ANDREW GORDON,

Defendant-Appellant.

On Appeal from the United States District Court for the
Middle District of Alabama

O R D E R:

Attorney Everett M. Urech's motion to withdraw as counsel for appellant is DENIED.

/s/ JOEL F. DUBINA
UNITED STATES CIRCUIT JUDGE