## UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| | | |
|---|---|---|
| DEBRA P. HACKETT<br>CLERK | June 19, 2008 | TELEPHONE<br>(334) 954-3610 |

Mr. Thomas K. Kahn, Clerk           USDC No **CR-05-W-290-N**
USCA, Eleventh Circuit
56 Forsyth Street, NW                USCA No. **07-14852-B**
Atlanta, GA   30303

In Re:  **USA VS. EDDIE ANDREW GORDON**

_____

### CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **1**   Volume(s) of Pleadings

  **5**   Volume(s) of Transcripts

  ___ Exhibits: ___ Box ___ Binders: ___ Envelopes;

        ___ Other: **X** SEAL Envelopes (s) : **1** PSI(s)

   ___ Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk


By:  Yolanda Williams

cc**: BANKS THOMAS SMITH**
    **EVERETT MCRAE URECH**
    **SUSAN R. REDMOND**