APPEAL, CLOSED

# U.S. District Court
# Alabama Middle District (Montgomery)
# CRIMINAL DOCKET FOR CASE #: 2:05-cr-00290-WKW-WC-1
# Internal Use Only

Case title: USA v. Gordon

Date Filed: 12/14/2005
Date Terminated: 10/10/2007

Assigned to: Honorable William Keith Watkins
Referred to: Honorable Wallace Capel, Jr

### Defendant (1)

**Eddie Andrew Gordon**
*TERMINATED: 10/10/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*TERMINATED: 10/31/2006*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Banks Thomas Smith**
Hall Smith Prim & Freeman, PA
PO Box 1748
Dothan, AL 36302-1748
334-793-3610
Fax: 671-1843
Email: bsmith@hallsmith.com
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Everett McRae Urech**
Urech & Livaudais, PC

510 N. Daleville Avenue
Daleville, AL 36322
334-598-4455
Fax: 334-598-2076
Email: daleattyeu@graceba.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Kevin L. Butler**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*TERMINATED: 10/31/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Christine A. Freeman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: christine_freeman@fd.org
*TERMINATED: 10/31/2006*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Robert Morgan Illman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: robert_illman@fd.org
*TERMINATED: 10/31/2006*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:922(g)(1) FELON IN POSSESSION OF FIREARMS - NMT $250,000; [*]; NMT 10Y; B; NMT 3Y SUP REL; G/L; VWPA; $100 AF
(1)

**Disposition**

92 Mos Imp (The sentence imposed is a sentence reduction of 17 months already served in CC No. CC-05-426, Montgomery County Circuit Court, pursuant to 5G1.1(b) for a period of imprisonment that will not be credited by the Bureau of Prisons); 3 Yrs Sup Rel; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Susan R. Redmond**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov
*ATTORNEY TO BE NOTICED*

BEGIN VOL. 1

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2005 | 1 | INDICTMENT as to Eddie Andrew Gordon (1) count(s) 1. (ws ) Modified on 12/16/2005 (snc ): to add correct pdf (Entered: 12/15/2005) |
| 12/14/2005 | 2 | *SEALED* Limits of Punishment as to Eddie Andrew Gordon (ws) (Entered: 12/15/2005) |
| 12/14/2005 |  | (Court only) ***Set/Clear Flags as to Eddie Andrew Gordon (snc) (Entered: 12/16/2005) |

CONT. VOL. 1

| | | |
|---|---|---|
| 12/15/2005 | 3 | *SEALED* WARRANT FOR ARREST Issued as to Eddie Andrew Gordon. (ws ) (Entered: 12/15/2005) |
| 12/16/2005 | | Case unsealed as to Eddie Andrew Gordon (pursuant to USM's notice that detainer has been lodged with ALDOC, Limestone CF) (snc) (Entered: 12/16/2005) |
| 12/21/2005 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Eddie Andrew Gordon. (Attachments: # 1)(Hardwick, Tommie) (Entered: 12/21/2005) |
| 12/22/2005 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Eddie Andrew Gordon, directing the clerk to issue a WHCAP addressed to Limestone Correctional Facility for defendant's appearance on 2/8/06 at 10:00, and directing that said prisoner be returned when the court shall have finished with him. Signed by Judge Vanzetta P. McPherson on 12/22/05. (snc) (Entered: 12/22/2005) |
| 12/22/2005 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Eddie Andrew Gordon for February 8, 2006; Arraignment set for 2/8/2006 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. (snc) (Entered: 12/22/2005) |
| 12/22/2005 | | (Court only) ***Location (LO) start as to Eddie Andrew Gordon (snc) (Entered: 12/22/2005) |
| 02/08/2006 | 7 | CJA 23 Financial Affidavit by Eddie Andrew Gordon (jct, ) (Entered: 02/08/2006) |
| 02/08/2006 | | ORAL MOTION to Appoint Counsel by Eddie Andrew Gordon. (jct, ) (Entered: 02/08/2006) |
| 02/08/2006 | | ORDER (ORAL) granting Oral Motion to Appoint Counsel: Federal Defender appointed as to Eddie Andrew Gordon (1). Signed by Judge Susan Russ Walker on 2/8/06. (jct, ) (Entered: 02/08/2006) |
| 02/08/2006 | 8 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Eddie Andrew Gordon (1) Count 1 held on 2/8/2006, Initial Appearance as to Eddie Andrew Gordon held on 2/8/2006, Plea entered by Eddie Andrew Gordon (1) Not Guilty on counts 1. (Recording Time 10:47 - 10:53.) (jct, ) (Entered: 02/08/2006) |
| 02/09/2006 | 9 | ORDER ON ARRAIGNMENT as to Eddie Andrew Gordon settting Pretrial Conference for 2/27/2006 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson, setting Jury Trial for 3/27/2006 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing that Pretrial Motions due two days before pretrial conference, and directing that government's disclosure is due by 2/8/06 with defendant's discovery due by 2/15/2006.. Signed by Judge Vanzetta P. McPherson on 2/9/06. (snc) (Entered: 02/09/2006) |
| 02/15/2006 | 10 | ORDER as to Eddie Andrew Gordon setting on-the-record Scheduling Conference for 2/21/2006 09:00 AM by telephone before Honorable Myron |

CONT. VOL. 1

| | | |
|---|---|---|
| | | H. Thompson. Counsel for the government is to arrange for the conference to be conducted by telephone. Signed by Judge Myron H. Thompson on 2/15/06. (snc) (Entered: 02/15/2006) |
| 02/16/2006 | 11 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Eddie Andrew Gordon (Butler, Kevin) (Entered: 02/16/2006) |
| 02/17/2006 | 12 | MOTION to Continue *Conference Call* by USA as to Eddie Andrew Gordon. (Hardwick, Tommie) (Entered: 02/17/2006) |
| 02/17/2006 | 13 | ORDER as to Eddie Andrew Gordon (1) granting 12 MOTION to Continue *Conference Call* filed by USA, and (2) resetting on-the-record Scheduling Conference, now set for 2/21/06, for 2/27/2006 08:30 AM before Honorable Myron H. Thompson. The government is to arrange for the conference to be conducted by telephone. Signed by Judge Myron H. Thompson on 2/17/06. (snc) (Entered: 02/17/2006) |
| 02/24/2006 | 14 | MOTION for Defendant to be Present at Pretrial Conference by Eddie Andrew Gordon. (Butler, Kevin) (Entered: 02/24/2006) |
| 02/24/2006 | | (Court only) ***Set/Clear Flags as to Eddie Andrew Gordon (snc) (Entered: 02/24/2006) |
| 02/27/2006 | 15 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Eddie Andrew Gordon held on 2/27/2006 (Recording Time FTR: 9:03 - 9:08.) (war, ) (Entered: 02/27/2006) |
| 02/27/2006 | | ORAL MOTION for Extension of Time to File Pretrial Motions by Eddie Andrew Gordon. (war, ) (Entered: 02/27/2006) |
| 02/27/2006 | | ORAL ORDER granting ORAL Motion for Extension of Time until 3/1/06 to File Pretrial Motions as to Eddie Andrew Gordon (1). Signed by Judge Vanzetta P. McPherson on 2/27/06. (NO PDF ATTACHED) (war, ) (Entered: 02/27/2006) |
| 02/27/2006 | 16 | WAIVER of Speedy Trial by Eddie Andrew Gordon (war, ) (Entered: 02/27/2006) |
| 02/27/2006 | 17 | Minute Entry for Telephone SCHEDULING CONFERENCE held before Judge Myron H. Thompson as to Eddie Andrew Gordon on 2/27/2006 (Court Reporter Mitchell Reisner.) (snc) (Entered: 02/27/2006) |
| 02/27/2006 | | Terminate Scheduling Conference Deadline as to Eddie Andrew Gordon (snc) (Entered: 02/27/2006) |
| 02/27/2006 | 18 | ORDER denying as moot 14 Motion to be Present at the Pretrial Conference as to Eddie Andrew Gordon (1). Signed by Judge Vanzetta P. McPherson on 2/27/06. (snc) (Entered: 02/27/2006) |
| 02/28/2006 | 19 | ORDER (follows oral order of 2/27/06) as to Eddie Andrew Gordon granting defendant's oral MOTION for Extension of Time to File pretrial motions . Signed by Judge Vanzetta P. McPherson on 2/28/06. (snc) (Entered: 02/28/2006) |

CONT. VOL. 1

| | | |
|---|---|---|
| 02/28/2006 | 20 | ORDER TO CONTINUE - Ends of Justice, upon defendant's oral motion to continue and waiver of speedy trial, as to Eddie Andrew Gordon resetting Jury Selection and Jury Trial for 4/24/2006 10:00AM before Honorable Myron H. Thompson. Signed by Judge Vanzetta P. McPherson on 2/28/06. (snc) (Entered: 02/28/2006) |
| 03/01/2006 | 21 | ORDER as to Eddie Andrew Gordon setting Pretrial Conference for 4/3/2006 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson.. Signed by Judge Vanzetta P. McPherson on 3/1/06. (snc) (Entered: 03/01/2006) |
| 03/06/2006 | 22 | PRETRIAL CONFERENCE ORDER as to Eddie Andrew Gordon Jury Selection set for 4/24/2006 before Honorable Myron H. Thompson. Jury Trial (ETT 2 days) is set for 4/24/2006 before Honorable Myron H. Thompson. Voir Dire due by 4/17/2006 Proposed Jury Instructions due by 4/17/2006 Motions in Limine due by 4/17/2006 Notice of Intent to Change Plea due by noon on 4/12/2006. Signed by Judge Vanzetta P. McPherson on 3/6/06. (ajr, ) Modified on 3/6/2006 (ajr, ). (Entered: 03/06/2006) |
| 04/03/2006 | 23 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Eddie Andrew Gordon held on 4/3/2006 (Recording Time FTR: 9:49 - 9:50.) (war, ) (Entered: 04/03/2006) |
| 04/13/2006 | 24 | MOTION to Withdraw as Attorney *and for Substitution of Counsel* by Kevin L. Butler. by Eddie Andrew Gordon. (Butler, Kevin) (Entered: 04/13/2006) |
| 04/14/2006 | 25 | ORDER as to Eddie Andrew Gordon setting Motion Hearing for 4/18/2006 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson re 24 motion to withdraw and for substitution of counsel, and directing both Mr Kevin Butler and Mr. Banks Smith to be present, along with defendant Gordon. Signed by Judge Myron H. Thompson on 4/14/06. (snc) (Entered: 04/14/2006) |
| 04/17/2006 | 26 | Proposed Voir Dire by Eddie Andrew Gordon (Butler, Kevin) (Entered: 04/17/2006) |
| 04/17/2006 | 27 | Proposed Jury Instructions by Eddie Andrew Gordon (Butler, Kevin) (Entered: 04/17/2006) |
| 04/17/2006 | 28 | Proposed Jury Instructions by USA as to Eddie Andrew Gordon (Hardwick, Tommie) (Entered: 04/17/2006) |
| 04/18/2006 | 29 | Minute Entry for MOTION HEARING held before Judge Myron H. Thompson as to Eddie Andrew Gordon on 4/18/2006 re defendant's 24 MOTION to Withdraw Attorney (Butler) *and for Substitution of Counsel* (Smith) (Court Reporter Mitchell Reisner.) (snc) (Entered: 04/18/2006) |
| 04/18/2006 |  | ORAL ORDER as to Eddie Andrew Gordon SEALING the ex parte portion of this hearing, if ever transcribed. Signed by Judge Myron H. Thompson on 4/18/06. (snc) (Entered: 04/18/2006) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 04/18/2006 | | ORAL ORDER as to Eddie Andrew Gordon allowing defense counsel to file any motions in limine (today) out of time. Signed by Judge Myron H. Thompson on 4/18/06. (snc) (Entered: 04/18/2006) |
| 04/18/2006 | 30 | WAIVER of Speedy Trial by Eddie Andrew Gordon (snc) (Entered: 04/18/2006) |
| 04/18/2006 | | ORAL MOTION to Continue trial to August 7, 2006, criminal term by Eddie Andrew Gordon. (snc) (Entered: 04/18/2006) |
| 04/18/2006 | | ORAL ORDER TEMPORARILY APPOINTING PANEL ATTORNEY Banks Thomas Smith for Eddie Andrew Gordon for purposes of the 4/18/06 proceeding only. Entered by Judge Myron H. Thompson on 4/18/06. (snc) (Entered: 04/18/2006) |
| 04/18/2006 | 31 | ORDER denying 24 Motion to Withdraw (Butler) as Attorney and for Substitution of Counsel (Smith) as to Eddie Andrew Gordon (1). Signed by Judge Myron H. Thompson on 4/18/06. (snc) (Entered: 04/18/2006) |
| 04/18/2006 | 32 | ORDER TO CONTINUE - Ends of Justice as to Eddie Andrew Gordon granting oral MOTION to Continue trial by Eddie Andrew Gordon, and continuing the Jury Selection and Jury Trial to 8/7/2006 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson. Signed by Judge Myron H. Thompson on 4/18/06. (snc) (Entered: 04/19/2006) |
| 04/18/2006 | 33 | CJA 20 as to Eddie Andrew Gordon: Temporary Appointment of Attorney Banks Thomas Smith (FOR 4/18/06 MOTION HEARING ONLY) for Eddie Andrew Gordon . Signed by Judge Myron H. Thompson on 4/18/06. (snc) (Entered: 04/19/2006) |
| 04/18/2006 | | Attorney update in case as to Eddie Andrew Gordon. Attorney Banks Thomas Smith terminated following 4/18/06 hearing (snc) (Entered: 04/19/2006) |
| 05/01/2006 | 34 | ORDER as to Eddie Andrew Gordon setting Pretrial Conference for 5/15/2006 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson.. Signed by Judge Vanzetta P. McPherson on 5/1/06. (snc, (Entered: 05/01/2006) |
| 05/15/2006 | 35 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Eddie Andrew Gordon held on 5/15/2006 (Recording Time FTR: 9:13 - 9:21.) (war, ) (Entered: 05/15/2006) |
| 05/15/2006 | 36 | ORDER as to Eddie Andrew Gordon setting Status Conference for 5/16/2006 02:30 PM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 5/15/2006. (ag, ) (Entered: 05/15/2006) |
| 05/16/2006 | 37 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson : (PORTION OF PROCEEDINGS SEALED)Status Conference as to Eddie Andrew Gordon held on 5/16/2006 (Recording Time FTR: 2:41 - 3:02.) (war, ) (Entered: 05/16/2006) |

| | | |
|---|---|---|
| 05/22/2006 | 38 | CJA 20 as to Eddie Andrew Gordon: Authorization to Pay Banks T. Smith Amount: $ 558.91, Voucher # 060425000050. . Signed by Judge Myron H. Thompson on 4/26/06. (ws, ) (Entered: 05/22/2006) |
| 05/23/2006 | 39 | ORDER as to Eddie Andrew Gordon setting Pretrial Conference for 6/2/2006 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 5/23/2006. (ag, ) (Entered: 05/23/2006) |
| 05/24/2006 | 40 | *SEALED* EXPARTE Application (MOTION) and Motion to SEAL by Eddie Andrew Gordon. (Attachments: # 1 Proposed Order)(ag, ) (Entered: 05/25/2006) |
| 05/26/2006 | 41 | *SEALED* ORDER granting 40 Exparte Motion and 40 Sealed Motion as to Eddie Andrew Gordon (1). Signed by Judge Vanzetta P. McPherson on 5/26/2006. (ag, ) (Entered: 05/26/2006) |
| 05/26/2006 | 42 | MOTION for Immediate Release by Eddie Andrew Gordon. (ag, ) (Entered: 05/30/2006) |
| 05/26/2006 |  | MOTIONS as to Eddie Andrew Gordon REFERRED to Magistrate Judge: 42 MOTION for Release from Custody (ag, ) (Entered: 05/30/2006) |
| 06/02/2006 | 43 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Eddie Andrew Gordon held on 6/2/2006 (Recording Time FTR: 9:10 - 9:14.) (war, ) (Entered: 06/02/2006) |
| 06/15/2006 | 44 | ORDER as to Eddie Andrew Gordon setting Pretrial Conference for 7/17/2006 @ 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Signed by Judge Vanzetta P. McPherson on 6/15/2006. (ag, ) (Entered: 06/15/2006) |
| 06/21/2006 | 45 | ORDER denying 42 Motion for Release from Custody as to Eddie Andrew Gordon (1). Signed by Judge Vanzetta P. McPherson on 6/21/2006. (ag, ) (Entered: 06/21/2006) |
| 06/30/2006 | 46 | RESPONSE by Eddie Andrew Gordon re 45 Order(ag, ) (Entered: 07/05/2006) |
| 07/06/2006 | 47 | ORDER as to Eddie Andrew Gordon denying 42 MOTION for Immediate Release . Signed by Judge Vanzetta P. McPherson on 7/6/2006. (ag, ) (Entered: 07/06/2006) |
| 07/17/2006 | 48 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Pretrial Conference as to Eddie Andrew Gordon held on 7/17/2006 (Recording Time FTR: 9:17 - 9:18.) (war, ) (Entered: 07/17/2006) |
| 07/25/2006 | 49 | NOTICE OF INTENT TO CHANGE PLEA by Eddie Andrew Gordon (Butler, Kevin) (Entered: 07/25/2006) |
| 07/26/2006 | 50 | ORDER as to Eddie Andrew Gordon setting Change of Plea Hearing for 7/31/2006 @ 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson, directing the clerk to provide a court reporter for this proceeding |

| | | |
|---|---|---|
| CONT. VOL. 1 | | and, if the defendant is in custody, the US Marshal or the person having custody of the defendant shall produce him for this proceeding. Signed by Judge Vanzetta P. McPherson on 7/26/2006. (ag, ) (Entered: 07/26/2006) |
| 07/31/2006 | 51 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Change of Plea Hearing as to Eddie Andrew Gordon NOT HELD on 7/31/2006 - DEFENDANT HAS DECIDED TO GO TO TRIAL on 8/7/06 (Court Reporter Jimmy Dickens.) (war, ) (Entered: 07/31/2006) |
| 07/31/2006 | 52 | Proposed Voir Dire by Eddie Andrew Gordon (Butler, Kevin) (Entered: 07/31/2006) |
| 07/31/2006 | 53 | Proposed Jury Instructions by Eddie Andrew Gordon (Butler, Kevin) (Entered: 07/31/2006) |
| 07/31/2006 | 54 | MOTION in Limine *TO REDACT FROM THE INDICTMENT AND EXCLUDE ANY EVIDENCE OR TESTIMONY REGARDING PRIOR FELONY CONVICTION, PER OLD CHIEF* by Eddie Andrew Gordon. (Butler, Kevin) (Entered: 07/31/2006) |
| 07/31/2006 | 55 | MOTION in Limine, *UNOPPOSED, TO EXCLUDE REFERENCE TO NARCOTICS SEIZED* by Eddie Andrew Gordon. (Butler, Kevin) (Entered: 07/31/2006) |
| 07/31/2006 | 56 | NOTICE of Availability of Jury List and Juror Profiles for August 7, 2006, Criminal Jury Term before Judge Myron Thompson, together with Clothing Notice as to Eddie Andrew Gordon (ag, ) (Entered: 07/31/2006) |
| 08/01/2006 | 57 | ORDER granting 55 Motion in Limine to exclude reference to narcotics seized as to Eddie Andrew Gordon (1). Signed by Judge Myron H. Thompson on 8/1/2006. (ag, ) (Entered: 08/01/2006) |
| 08/01/2006 | 58 | ORDER TO SHOW CAUSE as to Eddie Andrew Gordon, that the government show cause, if any there be, in writing by August 3, 2006, as to why 54 Motion in Limine should not be granted . Signed by Judge Myron H. Thompson on 8/1/2006. (ag, ) (Entered: 08/01/2006) |
| 08/01/2006 | 59 | RESPONSE TO ORDER TO SHOW CAUSE by USA as to Eddie Andrew Gordon (Hardwick, Tommie) (Entered: 08/01/2006) |
| 08/07/2006 | 60 | ORDER granting 54 Motion in Limine as to Eddie Andrew Gordon (1) upon the condition that defendant Gordon enter into the appropriate sitpulation on the record. Signed by Judge Myron H. Thompson on 8/7/2006. (ag, ) (Entered: 08/07/2006) |
| 08/07/2006 | 61 | MOTION to Dismiss *Due to Composition of the Jury Venire* by Eddie Andrew Gordon. (Attachments: # 1 Affidavit)(Butler, Kevin) (Entered: 08/07/2006) |
| 08/07/2006 | 62 | NOTICE OF ATTORNEY APPEARANCE: Robert Morgan Illman appearing for Eddie Andrew Gordon (Illman, Robert) (Entered: 08/07/2006) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 08/07/2006 | | VOIR DIRE BEGUN before Judge Myron H. Thompson on 8/7/2006 Eddie Andrew Gordon (1) on Count 1 (Court Reporter Mitchell Reisner.) (snc) (Entered: 08/08/2006) |
| 08/07/2006 | | JURY SELECTION held before Judge Myron H. Thompson as to Eddie Andrew Gordon on 8/7/2006 (no pdf attached; see final trial entry) (Court Reporter Mitchell Reisner.) (snc) (Entered: 08/08/2006) |
| 08/07/2006 | | MOTION as to Eddie Andrew Gordon REFERRED to Magistrate Judge: 61 MOTION to Dismiss Due to Composition of the Jury Venire (ajr, ) (Entered: 04/26/2007) |
| 08/08/2006 | 63 | *SEALED* EXPARTE APPLICATION, MOTION to Seal by Eddie Andrew Gordon. (sql, ) (Entered: 08/08/2006) |
| 08/08/2006 | 64 | *SEALED* ORDER granting 63 Exparte Motion as to Eddie Andrew Gordon (1); granting 63 Motion to Seal as to Eddie Andrew Gordon (1). Signed by Judge Vanzetta P. McPherson on 8/8/2006. (sql, ) (Entered: 08/08/2006) |
| 08/08/2006 | 65 | Petition for Writ of Habeas Corpus ad testificandum by Eddie Andrew Gordon. (Attachments: # 1 Proposed Order)(ag, ) (Entered: 08/08/2006) |
| 08/08/2006 | 66 | ORDER granting 65 Motion for Writ of Habeas Corpus ad testificandum as to Eddie Andrew Gordon (1). Signed by Judge Myron H. Thompson on 8/8/2006. (sql, ) (Entered: 08/08/2006) |
| 08/08/2006 | 67 | Writ of Habeas Corpus ad Testificandum Issued as to Tavion Jackson for 8/9/2006 in case as to Eddie Andrew Gordon (sql, ) (Entered: 08/08/2006) |
| 08/08/2006 | 68 | ORDER REFERRING MOTION as to Eddie Andrew Gordon to the U. S. Magistrate Judge for appropriate proceedings and recommendation 61 MOTION to Dismiss *Due to Composition of the Jury Venire* filed by Eddie Andrew Gordon, . Signed by Judge Myron H. Thompson on 8/8/2006. (sql, ) (Entered: 08/08/2006) |
| 08/09/2006 | 69 | NOTICE OF ATTORNEY APPEARANCE: Christine A. Freeman appearing for Eddie Andrew Gordon (Freeman, Christine) (Entered: 08/09/2006) |
| 08/09/2006 | 70 | Minute Entry for 8/7/06 JURY SELECTION and 8/9/06 Hearing Out of Jury Presence held before Judge Myron H. Thompson as to Eddie Andrew Gordon on 8/9/2006. Defendant referred to magistrate judge for guilty plea; trial canceled. (Court Reporter Mitchell Reisner.) (ag, ) Modified on 9/10/2006 (snc) to correct type minute entry. (Entered: 08/09/2006) |
| 08/09/2006 | | ORAL ORDER as to Eddie Andrew Gordon sealing any transcript of the designated portion of the 8/9/06 hearing out of jury presence . Signed by Judge Myron H. Thompson on 8/9/2006. (ag, ) (Entered: 08/09/2006) |
| 08/09/2006 | 71 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Eddie Andrew Gordon (sql, ) (Entered: 08/09/2006) |

CONT. VOL. 1

| | | |
|---|---|---|
| 08/09/2006 | 72 | PLEA AGREEMENT as to Eddie Andrew Gordon (sql, ) (Entered: 08/09/2006) |
| 08/09/2006 | 73 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Change of Plea Hearing as to Eddie Andrew Gordon held on 8/9/2006, Plea entered by Eddie Andrew Gordon (1) Guilty Count 1. (Court Reporter Mitchell Reisner.) (sql, ) Modified on 8/9/2006 (sql, ).[to correct presiding Judge] (Entered: 08/09/2006) |
| 08/09/2006 | 74 | ORDER as to Eddie Andrew Gordon that proceedings on 61 Motion to Dismiss are STAYED until the jury issues in the two aforementioned cases in order are finally resolved in this court; and 2. In that context, the defendant's request to stay a hearing on the motion until (at least) after the trial is GRANTED . Signed by Judge Vanzetta P. McPherson on 8/9/2006. (ag, ) (Entered: 08/09/2006) |
| 08/09/2006 | | Judge update in case as to Eddie Andrew Gordon: Case reassigned to Judge William Keith Watkins. Judge Myron H. Thompson no longer assigned to case (as directed by Judge Thompson) (snc) (Entered: 08/11/2006) |
| 08/09/2006 | | (Court only) ***Clear MHT Flag as to Eddie Andrew Gordon (ajr) (Entered: 10/24/2006) |
| 09/25/2006 | 75 | ORDER as to Eddie Andrew Gordon setting Sentencing for 10/31/2006 11:00 AM in Courtroom 2E before Honorable William Keith Watkins; directing counsel to communicate in writing to the PO any objections to the PSR by 10/11/06, directing parties to be available for a conference with the PO on 10/13/06 at 10:00 a.m. as further outlined in order and directing that any motions for downward departure be filed before the conference; Signed by Judge William Keith Watkins on 9/25/06. (ajr) (Entered: 09/25/2006) |
| 10/18/2006 | 76 | ORDER as to Eddie Andrew Gordon Sentencing set for 10/31/06 11:00 AM is RESET for 10/31/2006 08:00 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 10/18/06. (ajr) (Entered: 10/18/2006) |
| 10/27/2006 | 77 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Eddie Andrew Gordon. (Hardwick, Tommie) (Entered: 10/27/2006) |
| 10/31/2006 | 78 | NOTICE OF ATTORNEY APPEARANCE: Everett McRae Urech appearing for Eddie Andrew Gordon (Urech, Everett) (Entered: 10/31/2006) |
| 10/31/2006 | | Attorney update in case as to Eddie Andrew Gordon. Attorney Christine A. Freeman; Robert Morgan Illman; Kevin L. Butler and Federal Defender terminated. (ajr, ) (Entered: 11/01/2006) |
| 10/31/2006 | 80 | Minute Entry for SENTENCING HEARING held 10/31/06 before Judge William Keith Watkins (Court Reporter Risa Entrekin.) (ajr) (Entered: 11/01/2006) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 10/31/2006 | | ORAL MOTION by Kevin Butler, Christine Freeman and Robert Morgan Illman to Withdraw as Attorneys and to have new counsel appointed as to Eddie Andrew Gordon. (ajr, ) (Entered: 11/01/2006) |
| 10/31/2006 | | ORAL ORDERS, during sentencing impositon, denying 77 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility; granting ORAL MOTION to Withdraw as Attorney by Kevin Butler, Christine Freeman and Robert Morgan Illman . Signed by Judge William Keith Watkins on 10/31/06. (ajr, ) (Entered: 11/01/2006) |
| 10/31/2006 | | Plea Agreement Rejected as to Eddie Andrew Gordon (ajr, ) (Entered: 11/02/2006) |
| 10/31/2006 | | ORAL MOTION to Withdraw Plea of Guilty by Eddie Andrew Gordon. (ajr, ) (Entered: 11/02/2006) |
| 10/31/2006 | | ORAL ORDER granting ORAL Motion to Withdraw Plea of Guilty as to Eddie Andrew Gordon (1). Signed by Judge William Keith Watkins on 10/31/06. (ajr, ) (Entered: 11/02/2006) |
| 11/01/2006 | 79 | NOTICE TO RETAINED CRIMINAL DEFENSE ATTORNEY EVERETT MCRAE URECH as to Eddie Andrew Gordon (ajr) (Entered: 11/01/2006) |
| 11/02/2006 | 81 | NOTICE of Correction re 79 Notice to Retained Attorney; this is a CJA appointment. The attorney was not retained. (ajr, ) (Entered: 11/02/2006) |
| 11/02/2006 | 82 | CJA 20 as to Eddie Andrew Gordon: Appointment of Attorney Everett McRae Urech for Eddie Andrew Gordon. Signed by Judge William Keith Watkins on 11/2/06. (ajr, ) (Entered: 11/02/2006) |
| 11/28/2006 | 83 | ORDER as to Eddie Andrew Gordon that the court having rejected the plea agreement between the government and the defendant on 10/21/06, having granted the defendant's motion to withdraw his plea of guilty, and having granted the motion to withdraw as attorney by defendant's counsel, Kevin Butler, it is ORDERED that trial is set for the 1/8/2007 term before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 11/28/06. (ws ) (Entered: 11/28/2006) |
| 11/29/2006 | 84 | MOTION to Continue by Eddie Andrew Gordon. (Urech, Everett) (Entered: 11/29/2006) |
| 11/29/2006 | | Case as to Eddie Andrew Gordon Reassigned to Judge Wallace Capel, Jr. Judge Vanzetta P. McPherson no longer assigned to the case. (war, ) (Entered: 11/29/2006) |
| 12/06/2006 | 85 | AMENDMENT to MOTION to Continue by Eddie Andrew Gordon. (Urech, Everett) Modified on 12/13/2006 to show "amendment to" (snc). (Entered: 12/06/2006) |
| 12/06/2006 | 87 | MOTION for finding of facts by Eddie Andrew Gordon. (ajr, ) (Entered: 12/13/2006) |

CONT. VOL. 1

| 12/06/2006 | | Motions Not Referred as to Eddie Andrew Gordon: 87 MOTION for finding of facts (pending before Judge Watkins) (snc) (Entered: 03/30/2007) |
| --- | --- | --- |
| 12/11/2006 | 86 | First MOTION to Suppress by Eddie Andrew Gordon. (Urech, Everett) (Entered: 12/11/2006) |
| 12/13/2006 | 88 | SECOND AMENDMENT to 84 MOTION to Continue by Eddie Andrew Gordon. (Urech, Everett) Modified on 1/12/2007 (snc) to correct docket text to reflect "amendment to" language (Entered: 12/13/2006) |
| 12/13/2006 | 89 | ORDER as to Eddie Andrew Gordon re 86 First MOTION to Suppress filed by Eddie Andrew Gordon; Response to motion due from the government by 1/5/2007; setting an Evidentiary Hearing for 1/18/2007 10:00 AM in Courtroom 5A before Honorable Wallace Capel Jr. Signed by Judge Wallace Capel Jr. on 12/13/06. (ajr, ) (Entered: 12/13/2006) |
| 12/13/2006 | 90 | ORDER as to Eddie Andrew Gordon re 87 MOTION for finding of facts filed by Eddie Andrew Gordon; directing the clerk to file this document and to submit a copy to new counsel for Mr. Gordon and to the government; Response from the government due by 1/3/2007; defendant shall respond by 1/12/07; Signed by Judge William Keith Watkins on 12/13/06. (ajr, ) (Entered: 12/13/2006) |
| 12/14/2006 | 91 | ORDER TO CONTINUE Ends of Justice as to Eddie Andrew Gordon; granting 88 Amended MOTION to Continue; granting 84 MOTION to Continue; granting 85 Amended MOTION to Continue; Jury Trial currently set for 1/8/07 is RESET for 4/23/2007 before Honorable William Keith Watkins; that the Magistrate Judge is to conduct a pretrial conference prior to the 4/23/06 term; Signed by Judge William Keith Watkins on 12/14/06. (ajr, ) Modified on 12/15/2006 to add text (ajr, ). (Entered: 12/14/2006) |
| 12/18/2006 | 92 | ORDER as to Eddie Andrew Gordon Pretrial Conference set for 4/2/2007 09:00 AM in Courtroom 5A before Honorable Wallace Capel Jr... Signed by Judge Wallace Capel Jr. on 12/18/2006. (sql, ) (Entered: 12/18/2006) |
| 01/03/2007 | 93 | RESPONSE TO ORDER TO SHOW CAUSE by USA as to Eddie Andrew Gordon (Hardwick, Tommie) (Entered: 01/03/2007) |
| 01/05/2007 | 94 | RESPONSE to Motion by USA as to Eddie Andrew Gordon re 86 First MOTION to Suppress (Hardwick, Tommie) (Entered: 01/05/2007) |
| 01/10/2007 | 95 | REPLY TO RESPONSE to Motion by Eddie Andrew Gordon re 87 MOTION for finding of facts (Urech, Everett) (Entered: 01/10/2007) |
| 01/18/2007 | 96 | Minute Entry for proceedings held before Judge Wallace Capel Jr.:Evidentiary Hearing as to Eddie Andrew Gordon held on 1/18/2007 re 86 First MOTION to Suppress filed by Eddie Andrew Gordon, (Court Reporter Risa Entrekin.) (Attachments: # 1 Government's Exhibit List# 2 Defendant's Exhibit List# 3 Witness List) (war, ) (Entered: 01/18/2007) |
| 01/22/2007 | 97 | BRIEF/RESPONSE in Support by Eddie Andrew Gordon re 86 First MOTION to Suppress (Urech, Everett) (Entered: 01/22/2007) |

CONT. VOL. 1

| | | |
|---|---|---|
| 01/22/2007 | 98 | DOCKET ENTRY STRUCK - INCORRECT EVENT: NOTICE *United States' Supplemental Response to Defendant's Motion to Suppress on the Issue of Standing* by USA as to Eddie Andrew Gordon (Hardwick, Tommie) Modified on 1/23/2007 (snc): PDF is a RESPONSE to Motion (Entered: 01/22/2007) |
| 01/22/2007 | | SUPPLEMENTAL RESPONSE to 86 First MOTION to Suppress (on the issue of standing) by USA as to Eddie Andrew Gordon (See dn 98 for PDF) (snc) (Entered: 01/23/2007) |
| 01/23/2007 | 99 | NOTICE of Correction re 98 Notice; this entry stricken as incorrectly filed. (ajr, ) (Entered: 01/23/2007) |
| 02/05/2007 | 100 | VOLUME 2  TRANSCRIPT of hearing on Motion to Suppress (PDF available for court use only) as to Eddie Andrew Gordon held on January 18, 2007 before Judge Wallace Capel, Jr. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 02/05/2007) |
| 02/06/2007 | 101 | REPORT AND RECOMMENDATION as to Eddie Andrew Gordon re 86 First MOTION to Suppress; Magistrate Judge's recommendation that the motion to suppress be denied; Objections to R&R due by 2/19/2007. Signed by Judge Wallace Capel Jr. on 2/6/07. (ajr, ) (Entered: 02/06/2007) |
| 03/06/2007 | 102 | ORDER ADOPTING 101 REPORT AND RECOMMENDATION as to Eddie Andrew Gordon; DENYING 86 MOTION to Suppress; referring this case back to the Magistrate Judge for further appropriate proceedings; Signed by Judge William Keith Watkins on 3/6/07. (ajr, ) (Entered: 03/06/2007) |
| 03/26/2007 | 103 | MOTION Transport State Prisoner by Eddie Andrew Gordon. (Urech, Everett) (Entered: 03/26/2007) |
| 03/29/2007 | 104 | MOTION for Writ of Habeas Corpus ad testificandum by Eddie Andrew Gordon. (Urech, Everett) (Entered: 03/29/2007) |
| 03/29/2007 | 105 | ORDER granting 104 Motion for Writ of Habeas Corpus ad testificandum as to Eddie Andrew Gordon (1); directing the Clerk to issue a WHCAT addressed to the Warden, Bibb Correctional Facility for the appearance of Tavian Jackson at trial on 4/23/07 9:00 a.m. and directing the USMS to return the prisoner when the court has finished with him. Signed by Judge Wallace Capel Jr. on 3/29/07. (ajr, ) Modified on 3/29/2007 to correct text (ajr, ). (Entered: 03/29/2007) |
| 03/29/2007 | 106 | Writ of Habeas Corpus ad Testificandum Issued as to Tavian Jackson for trial on 4/23/07 in case as to Eddie Andrew Gordon (ajr, ) (Entered: 03/29/2007) |
| 03/29/2007 | 107 | ORDER denying as moot 103 Motion for Order to Transfer Witness as to Eddie Andrew Gordon (1). Signed by Judge Wallace Capel Jr. on 3/29/07. (ajr, ) (Entered: 03/29/2007) |

| | | |
|---|---|---|
| 04/02/2007 | | Reset Hearings as to Eddie Andrew Gordon: Pretrial Conference reset for 4/3/2007 09:00 AM in Courtroom 5A before Honorable Wallace Capel Jr.(war, ) (Entered: 04/02/2007) |
| 04/02/2007 | 108 SEALED | Minute Entry for proceedings held before Judge Wallace Capel Jr.:Pretrial Conference as to Eddie Andrew Gordon held on 4/2/2007 (PDF available for court use only) (Recording Time FTR: 9:44 - 9:44.) (war, ) (Entered: 04/02/2007) |
| 04/02/2007 | 109 | Proposed Jury Instructions by Eddie Andrew Gordon (Urech, Everett) (Entered: 04/02/2007) |
| 04/02/2007 | 110 | Proposed Voir Dire by Eddie Andrew Gordon (Urech, Everett) (Entered: 04/02/2007) |
| 04/03/2007 | 111 SEALED | Minute Entry for proceedings held before Judge Wallace Capel Jr.:Pretrial Conference as to Eddie Andrew Gordon held on 4/3/2007 (PDF available for court use only) (Recording Time 9:00:59-9:15:07.) (kcg, ) (Entered: 04/03/2007) |
| 04/06/2007 | 112 | PRETRIAL CONFERENCE ORDER as to Eddie Andrew Gordon; Jury Selection set for 4/23/2007 before Honorable William Keith Watkins. Jury Trial set for 4/23/2007 before Honorable William Keith Watkins. Voir Dire due by 4/16/2007; Proposed Jury Instructions due by 4/16/2007; Motions in Limine due by 4/16/2007; Notice of Intent to Change Plea due by noon on 4/11/2007. Signed by Judge Wallace Capel Jr. on 4/6/07. (ajr, ) (Entered: 04/06/2007) |
| 04/10/2007 | 113 | MOTION to Substitute Attorney by USA as to Eddie Andrew Gordon. (Redmond, Susan) (Entered: 04/10/2007) |
| 04/10/2007 | 114 | ORDER as to Eddie Andrew Gordon (1)granting 113 Motion to Substitute Attorney AUSA Susan Redmond for AUSA Tommie Hardwick . Signed by Judge Wallace Capel Jr. on 4/10/07. (ajr, ) (Entered: 04/10/2007) |
| 04/11/2007 | 115 | NOTICE OF JURY LIST AND JURORS' PROFILES for Jury Selection and Trial commencing 4/23/07 (Attachments: #(1) Juror Questionnaire Certification #(2) Court Docket #(3) Clothing Notice)(ajr, ) (Entered: 04/11/2007) |
| 04/13/2007 | 116 | Proposed Voir Dire by USA as to Eddie Andrew Gordon (Redmond, Susan) (Entered: 04/13/2007) |
| 04/13/2007 | 117 | Proposed Jury Instructions by USA as to Eddie Andrew Gordon (Redmond, Susan) (Entered: 04/13/2007) |
| 04/23/2007 | | VOIR DIRE HELD before Judge William Keith Watkins as to Eddie Andrew Gordon (1) on Count 1 (PDF available for court use only) (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 04/24/2007) |
| 04/23/2007 | | Minute Entry for JURY SELECTION as to Eddie Andrew Gordon held on 4/23/2007 (No pdf attached - see final minute enry) (PDF available for court use only) (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 04/24/2007) |

CONT. VOL. 1

| | | |
|---|---|---|
| 04/23/2007 | | Minute Entry for JURY TRIAL held before Judge William Keith Watkins as to Eddie Andrew Gordon on 4/23/2007; (see final minute entry for pdf) (PDF available for court use only) (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 04/24/2007) |
| 04/23/2007 | | Minute Entry for In-chambers motion hearing held on 4/23/07 before Judge William Keith Watkins as to Eddie Andrew Gordon re 87 MOTION for finding of facts filed by Eddie Andrew Gordon,(no pdf attached - see final trial minutes entry) (PDF available for court use only) (ajr, ) (Entered: 04/25/2007) |
| 04/23/2007 | | ORAL ORDER as to Eddie Andrew Gordon denying as moot 87 MOTION for finding of facts filed by Eddie Andrew Gordon . Entered by Judge William Keith Watkins on 4/23/07. (ajr, ) (Entered: 04/26/2007) |
| 04/24/2007 | | ORAL MOTION for Judgment of Acquittal by Eddie Andrew Gordon. (ajr, ) (Entered: 04/26/2007) |
| 04/24/2007 | | RENEWED ORAL MOTION for Judgment of Acquittal by Eddie Andrew Gordon. (ajr, ) (Entered: 04/26/2007) |
| 04/24/2007 | 119 | JUROR QUESTIONNAIRE CERTIFICATION received from counsel as to Eddie Andrew Gordon (ajr, ) (Entered: 04/26/2007) |
| 04/24/2007 | | Minute Entry for JURY TRIAL held 4/24/07 before Judge William Keith Watkins as to Eddie Andrew Gordon (no pdf attached - see final jury minutes) (PDF available for court use only) (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 04/26/2007) |
| 04/25/2007 | 118 | ORDER as to Eddie Andrew Gordon setting Sentencing for 6/29/2007 11:00 AM in Courtroom 2E before Honorable William Keith Watkins, directing counsel to communicate in writing to the PO any objections to the PSR by 6/8/07, directing parties to be available for a conference with the PO on 6/11/07 at 10:00 a.m., as further outlined in order and directing that any motions for downward departure be filed before the conference. Signed by Judge William Keith Watkins on 4/25/07. (ajr, ) (Entered: 04/25/2007) |
| 04/25/2007 | | ORAL ORDERS as to Eddie Andrew Gordon denying ORAL MOTION for Judgment of Acquittal and RENEWED ORAL MOTION for Judgment of Acquittal filed by Eddie Andrew Gordon . Entered by Judge William Keith Watkins on 4/25/07. (ajr, ) (Entered: 04/26/2007) |
| 04/25/2007 | 120 | Courts INSTRUCTIONS to the jury. (ajr, ) (Entered: 04/26/2007) |
| 04/25/2007 | 121 | JURY VERDICT as to Eddie Andrew Gordon (1) Guilty on Count 1. (ajr, ) (Entered: 04/26/2007) |
| 04/25/2007 | 122 | Minute Entry for JURY TRIAL held 4/23/07 - 4/25/07 before Judge William Keith Watkins. (Court Reporter Risa Entrekin.) (Attachments: #(1) Witness List #(2) Government's Exhibit List #(3) Defendant's Exhibit List - exhibits located in expansion folder with case file) (ajr, ) (Entered: 04/26/2007) |

**CONT. VOL. 1**

| | | |
|---|---|---|
| 04/27/2007 | 123 | MOTION Provide Transcript by Eddie Andrew Gordon. (Urech, Everett) (Entered: 04/27/2007) |
| 04/27/2007 | 124 | MOTION for Extension of Time to File *Motion for New Trial* by Eddie Andrew Gordon. (Urech, Everett) (Entered: 04/27/2007) |
| 04/27/2007 | 125 | ORDER construing 123 Motion to Provide Transcript as an Application to Proceed In Forma Pauperis; granting 123 Motion to Proceed In Forma Pauperis; granting 124 Motion for Extension of Time as to Eddie Andrew Gordon (1); defendant will have fourteen days from receipt of the transcript to file any motion for judgment of acquittal or motion for a new trial. Signed by Judge William Keith Watkins on 4/27/07. (ajr, ) (Entered: 04/27/2007) |
| 05/15/2007 | 126 | MOTION attend funeral visitation by Eddie Andrew Gordon. (Urech, Everett) (Entered: 05/15/2007) |
| 05/17/2007 | 127 | ORDER TO SHOW CAUSE as to Eddie Andrew Gordon directing the government to show cause by 10:00 a.m. on 5/18/2007 as to why defendant's 126 motion to attend visitation before funeral of Motion should not be granted. Signed by Judge William Keith Watkins on 5/17/07. (snc) (Entered: 05/17/2007) |
| 05/17/2007 | 128 | RESPONSE TO ORDER TO SHOW CAUSE by USA as to Eddie Andrew Gordon (Redmond, Susan) (Entered: 05/17/2007) |
| 05/18/2007 | 129 | ORDER denying 126 Motion to Attend Visitation Before Funeral of Mother as to Eddie Andrew Gordon (1). Signed by Judge William Keith Watkins on 5/18/07. (ajr, ) (Entered: 05/18/2007) |
| 05/31/2007 | 130 | ORDER as to Eddie Andrew Gordon; Sentencing set for 6/29/07 at 11:00 am is RESCHEDULED for 6/29/2007 03:00 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 5/31/07. (ajr, ) (Entered: 05/31/2007) |
| 06/21/2007 | 131 | ORDER as to Eddie Andrew Gordon : Sentencing now set for 6/29/07 is RESET for 9/26/2007 10:00 AM in Courtroom 2E before Honorable William Keith Watkins.. Signed by Judge William Keith Watkins on 6/21/07. (ws, ) (Entered: 06/21/2007) |
| 06/25/2007 | 132 | REPORT AND RECOMMENDATION as to Eddie Andrew Gordon re 61 MOTION to Dismiss Due to Composition of the Jury Venire; LIFTING the 8/9/06 stay of proceedings on the motion; recommending that the motion to dismiss be denied; Objections to R&R due by 7/10/2007. Signed by Judge Wallace Capel Jr. on 6/25/07. (ajr, ) (Entered: 06/25/2007) |
| 07/16/2007 | 133 | ORDER ADOPTING 132 REPORT AND RECOMMENDATION as to Eddie Andrew Gordon; LIFTING the 8/9/06 stay of proceedings; DENYING 61 Motion to Dismiss Due to Composition of the Jury Venire. Signed by Judge William Keith Watkins on 7/19/07. (ajr, ) (Entered: 07/16/2007) |
| 07/17/2007 | 134 | TRANSCRIPT of JURY TRIAL proceedings (PDF available for court use only) as to Eddie Andrew Gordon held on April 23, 2007 before Judge Keith |

VOLUME 3

CONT. VOL. 1

| | | |
|---|---|---|
| | | Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 07/17/2007) |
| 07/17/2007 | 135 | VOLUME 4<br>TRANSCRIPT of JURY TRIAL proceedings (PDF available for court use only) as to Eddie Andrew Gordon held on April 24, 2007 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 07/17/2007) |
| 07/17/2007 | 136 | VOLUME 5<br>TRANSCRIPT of JURY TRIAL proceedings (PDF available for court use only) as to Eddie Andrew Gordon held on April 25, 2007 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 07/17/2007) |
| 07/26/2007 | 137 | MOTION for New Trial by Eddie Andrew Gordon. (Urech, Everett) (Entered: 07/26/2007) |
| 08/10/2007 | 138 | CJA 24 as to Eddie Andrew Gordon: Authorization to Pay Risa L. Entrekin $ 1,023.00 for Transcript, Voucher # 07072500009. Signed by Judge William Keith Watkins on 7/20/07. (ws ) (Entered: 08/10/2007) |
| 09/07/2007 | 139 | ORDER as to Eddie Andrew Gordon re 137 MOTION for New Trial filed by Eddie Andrew Gordon; response to motion due from the government by 9/28/07; defendant shall file his reply on or before 10/12/07. Signed by Judge William Keith Watkins on 9/7/07. (ajr, ) (Entered: 09/07/2007) |
| 09/11/2007 | 140 | RESPONSE to Motion by USA as to Eddie Andrew Gordon re 137 MOTION for New Trial (Redmond, Susan) (Entered: 09/11/2007) |
| 09/19/2007 | 141 | ORDER as to Eddie Andrew Gordon that Sentencing set for 9/26/2007 is CONTINUED to 10/9/2007 09:15 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 9/19/07. (kcg, ) (Entered: 09/19/2007) |
| 10/03/2007 | 142 | REPLY TO RESPONSE to Motion by Eddie Andrew Gordon re 137 MOTION for New Trial *Def Reply to Gov Response (140)* (Urech, Everett) (Entered: 10/03/2007) |
| 10/05/2007 | 143 | ORDER denying 137 Motion for New Trial and motion for judgment of acquittal as to Eddie Andrew Gordon (1). Signed by Judge William Keith Watkins on 10/5/2007. (sql, ) (Entered: 10/05/2007) |
| 10/05/2007 | 144 | MOTION Credit for Time Served in Montgomery Jail by Eddie Andrew Gordon. (Urech, Everett) (Entered: 10/05/2007) |
| 10/09/2007 | 145 | Minute Entry for Sentencing held before Judge William Keith Watkins on 10/9/2007 as to Eddie Andrew Gordon. (PDF available for court use only) (Court Reporter Risa Entrekin.) (ag, ) (Entered: 10/09/2007) |
| 10/09/2007 | | ORAL ORDER as to Eddie Andrew Gordon denying as moot 44 Motion for Credit for Time Served. Signed by Judge William Keith Watkins on 10/9/2007. (ag, ) (Entered: 10/10/2007) |
| 10/10/2007 | 146 | JUDGMENT as to Eddie Andrew Gordon (1), Count(s) 1, 92 Mos Imp (The sentence imposed is a sentence reduction of 17 months already served in CC No. CC-05-426, Montgomery County Circuit Court, pursuant to 5G1.1(b) for a period of imprisonment that will not be credited by the Bureau of Prisons); |

**CONT. VOL. 1**

| | | |
|---|---|---|
| | | 3 Yrs Sup Rel; $100 SA. Signed by Judge William Keith Watkins on 10/10/2007. (ag, ) (Entered: 10/10/2007) |
| 10/10/2007 | | (Court only) ***Set/Clear Flags as to Eddie Andrew Gordon, ***Case Terminated as to Eddie Andrew Gordon (ag, ) (Entered: 10/10/2007) |
| 10/15/2007 | 147 | NOTICE OF APPEAL by Eddie Andrew Gordon re 146 Judgment, (Urech, Everett) (Entered: 10/15/2007) |
| 10/15/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and 146 Judgment as to Eddie Andrew Gordon to US Court of Appeals re 147 Notice of Appeal - Final Judgment (ydw, ) (Entered: 10/15/2007) |
| 10/22/2007 | 148 | MOTION for Leave to Appeal In Forma Pauperis by Eddie Andrew Gordon. (ydw, ) (Entered: 10/26/2007) |
| 10/26/2007 | 149 | USCA LETTER as to Eddie Andrew Gordon, appointing Attorney Everett M. Urech to represent on appeal the indigent litigant (ydw, ) (Entered: 11/05/2007) |
| 11/08/2007 | 150 | ORDER granting 148 Motion for Leave to Appeal In Forma Pauperis as to Eddie Andrew Gordon (1). Signed by Judge William Keith Watkins on 11/8/07. (ydw, ) (Entered: 11/08/2007) |
| 11/26/2007 | 151 | Appeal Remark re 07-14852-B, 147 Notice of Appeal - Final Judgment : USCA letter to Eddie A. Gordon re: motion filed by attorney to withdraw. (ydw, ) (Entered: 11/27/2007) |
| 01/10/2008 | 152 | Appeal Remark re 147 Notice of Appeal - Final Judgment, 07-14852-B : USCA letter to Eddie Gordon re: motion filed by attorney to withdraw. (ydw, ) (Entered: 01/10/2008) |
| 01/15/2008 | 153 | CJA 20 as to Eddie Andrew Gordon: Authorization to Pay Everett M. Urech. Amount: $ 12,993.55, Voucher # 071128000154.. Signed by Judge Charles R. Wilson on 12/20/07. (ws, ) (Entered: 01/15/2008) |
| 02/05/2008 | 154 | ORDER of USCA (certified copy) as to Eddie Andrew Gordon re 147 Notice of Appeal - Final Judgmen, 11th Circuit Appeal No. 07-14852-B ; Attorney Everett M. Urech's motion to withdraw as counsel for appellant is DENIED. /s/ JOEL F. DUBINA, UNITED STATES CIRCUIT JUDGE (ydw, ) (Entered: 02/05/2008) |
| 02/13/2008 | 155 | TRANSCRIPT INFORMATION FORM by Everett Urech counsel for Eddie Andrew Gordon for Evidentiary Hearing proceedings held on 1/18/07 before Judge Wallace Capel, Jr., Jury Selection and Jury Trial proceed held on 4/23,24,25/07,and 10/09/07 Sentencing before Judge William Keith Watkins, Risa L. Entrekin, Court Reporter. Copy to RE/CR (ydw, ) (Entered: 02/14/2008) |
| 03/10/2008 | 156 | Volume 6<br>TRANSCRIPT OF SENTENCING HEARING proceedings (PDF available for court use only) filed as to Eddie Andrew Gordon for dates of 10/9/2007 before Judge W. Keith Watkins, re 147 Notice of Appeal - Final Judgment. Court Reporter: Risa L. Entrekin. (dmn) (Entered: 03/12/2008) |

**CONT. VOL.** 1

| | | |
|---|---|---|
| 03/20/2008 | 157 | CJA 24 as to Eddie Andrew Gordon: Authorization to Pay Risa Entrekin $ 99.08 for Transcript,. Signed by Judge William Keith Watkins on 03/17/08. (ydw, ) (Entered: 03/20/2008) |

**END VOL. 1**