**Gordon Fields/CA11/11/USCOURTS**
06/06/2008 03:49 PM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS

cc: Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Jan S Camp/CA11/11/USCOURTS@USCOURTS

bcc:

Subject: 1st Request for ROA:  07-14852-BB (DC: 2:05-00290 CR W N)

CA11# 07-14852-BB
USA v. Eddie Andrew Gordon
MAL: 2:05-00290 CR W N
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226